UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 8:12-CV-84 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DESIGNATION** |
| | ) | |
| COLFAX COUNTY, NEBRASKA; the | ) | |
| COLFAX COUNTY CLERK and | ) | |
| ELECTION COMMISSIONER, in her | ) | |
| official capacity; and the COLFAX | ) | |
| COUNTY BOARD OF COMMISSIONERS, | ) | |
| in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

Before RILEY, Chief Circuit Judge, in Chambers.

The Honorable John M. Gerrard, United States District Judge for the District of Nebraska, notified me pursuant to 28 U.S.C. § 2284(b)(1) that a request has been made for a three-judge panel to hear the case styled *United States of America v. Colfax County, Nebraska; the Colfax County Clerk and Election Commissioner, in her official capacity; and the Colfax County Board of Commissioners, in their official capacities*, bearing No. 8:12-CV-84 presently on file in the United States District Court for the District of Nebraska. The request is granted.

Pursuant to the provisions of 28 U.S.C. § 2284, I designate myself, and the Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, to sit with the Honorable John M. Gerrard, as a three-judge panel, in consideration of the above-cited case.

The Clerk of the United States District Court for the District of Nebraska shall file this order in the district court case file, and shall furnish copies of this order to the judges so

designated, to the Honorable Laurie Smith Camp, Chief Judge, United States District Court for the District of Nebraska, and to counsel of record for each party.

Done in Chambers at Omaha, Nebraska, this 29th day of February, 2012.

/s/ William Jay Riley
William Jay Riley, Chief Judge