UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

Merit System Audit
and Compliance

VR-2012

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of November 6, 2012 (Date)
Nebraska (State)
Colfax (County)
Schuyler (Municipality)
Court House (Name of Polling Place)
Precinct #1 (Precinct/Election District)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as U.S. Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, which we certify to be an accurate report of our observations.

The Time Observers:
Arrived at Polls 7:21 AM
Departed Polls 8:10 PM

Respectfully yours,

Observers:

Name Richard Holck (Print)
Richard Holck (Sign)

Name ARTURO BRAVO (Print)
Arturo Bravo (Sign)

Name ______ (Print)
______ (Sign)

*Instructions to Observers: Complete this report in **black ink only**. Each team member must sign the coversheet and initial all subsequent pages of the report, including charts, in the lower-left corner.*

# 1. VOTING STATISTICS

Precinct, if applicable: #1

| A. Number of Persons Attempting to Vote at the Polls | Total | Native American | Hispanic | Asian | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting regular/ unchallenged ballot (including unchallenged curbside and emergency ballots) *(See Chart A, p. 22)* | 386 | 0 | 71 | 0 | 0 | 0 | 275 (See Par. 21) |
| 2. Persons not permitted to vote or turned away for **any** reason, including being sent elsewhere *(See Charts B, p. 25)* | 12 | 0 | 10 | 0 | 0 | 0 | 2 |
| 3. Persons voting provisional, challenged, or affidavit ballot *(See Charts D, p. 30)* | 5 | 0 | 5 | 0 | 0 | 0 | 0 |
| Total of 1, 2, and 3 | 403 | 0 | 86 | 0 | 0 | 0 | 277 |

| B. Number of Persons Receiving **Any** Minority Language Assistance *(Cumulative Totals from Chart A1, p. 23. Specify language or dialect; e.g., Navajo, Spanish, Cantonese, Mandarin.)* | | | | | |
|---|---|---|---|---|---|
| | Language | SPANISH | | | |
| | Total | 3 | | | |

☐ Section 1B is not applicable to this coverage.

| C. Number of Persons Receiving Any Assistance **Other** than Language Assistance *(Cumulative Totals from Chart A2, p. 24)* | Total | Native American | Hispanic | Asian | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

☐ Section 1C is not applicable to this coverage.

D. Notes on Totals. *Regarding the totals in the above sections (1A, 1B, and 1C), explain any circumstances (e.g., high turnout) at the polling site that may have prevented you from providing a complete count.*

Initials: RH AB

E. If **direct recording electronic (DRE) machines or scanners** were used:

1. Which type of equipment was used? ☐ DRE ☐ Scanner ☐ Other ________

2. *Complete the table below.*

| Machine # | Counter Number at Poll Opening | Counter Number When Observers Departed | Seal Number (if used) at Poll Opening | Seal Number (if used) at Poll Closing |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*If seals were used, please note any discrepancies or problems (e.g., required seals broken or missing before poll officials arrived at the polling place), and the actions, if any, of poll officials in response.*

☐ Section 1E is not applicable to this coverage.

F. Other Counts

1. *Complete the table below. Mark "N/A" for questions that are not applicable.*

| | | Number of Ballots Issued to Voters |
|---|---|---|
| a. | If optical scan ballots were used *and* there was no scanner, how many optical scan ballots were issued? | |
| b. | How many paper (*not* optical scan) ballots were issued? | |
| c. | How many curbside ballots were issued? | |
| d. | How many emergency ballots were issued (when DRE machines were not working)? | |

☐ Section 1F is not applicable to this coverage.

Initials: R H

☐ Not applicable to this coverage

## 2. DESCRIPTION OF POLLING PLACE

A. *Draw a diagram of the polling place showing the location of the following:*

1. Voting machines or booths
2. Tables for poll officials
3. Any officially designated interpreters or bilingual poll officials
4. Voting instruction signs or cards
5. Sample ballots (if any)
6. Telephone (if any)
7. Federal observers
8. Poll watchers (if any)



☐ Not applicable to this coverage

B. Signage

*Describe information found on election-related signs observed in and around the polling place.*

Precinct, if applicable: #1

| Sign Observed *Include title, description, color, etc.* | Where was the sign posted? | Was it easily visible to voters? | In what language(s) was the sign printed? |
|---|---|---|---|
| Nebraska Revised State Statute # 32-1524, Green, 8"x12" | Front Door | ☑ Yes ☐ No | Spanish + English |
| Spanish Assistance is Available white, 12"x12" | Front Door | ☑ Yes ☐ No | Spanish + English |
| Polling Place Information white 13"x12" | Front Door | ☑ Yes ☐ No | Spanish + English |
| Vote here, white, 12"x12" | Front Door | ☑ Yes ☐ No | Spanish + English |
| Sample Ballot, green | Polling site | ☑ Yes ☐ No | Spanish + English |
| Voting instructions, Special Circumstances | Polling site | ☑ Yes ☐ No | Spanish + English |
| Voters who register by mail 16"x10" white | Polling site | ☑ Yes ☐ No | Spanish + English |
| Problems voting at Polls? white, 12"x12" | Polling site | ☑ Yes ☐ No | Spanish + English |
| Start Here / Vote here 12"x12" | Polling site | ☑ Yes ☐ No | Spanish + English |
| Voting Instructions 10"x10" white/Red | Polling site | ☑ Yes ☐ No | Spanish + English. |

Initials: RH
AB

C. Phones

1. What type of telephone equipment was available for use by the poll officials in the polling place?

☒ Land line ☐ Jurisdiction-provided cell phone ☐ Personal cell phone ☐ None

2. Did the poll officials use the phone to contact jurisdiction officials? ☒ Yes ☐ No
*(If "yes," describe circumstances.)*

To determine what precinct the voter was registered in.

---

## 3. ELECTION OFFICIALS

A. *List each poll official on duty,* ***including interpreters.*** *(Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English and have no other pre-assigned responsibilities.)*

| Poll Official *(List precinct, if applicable.)* | Race or Ethnicity | Title/Function/Duties | Language(s)/Dialect(s) Spoken (including English) |
|---|---|---|---|
| Ghee Kracl | W | clerck | English |
| PAT Muhle | W | clerck | English |
| Paloma Lopez | H | clerck/Translator | SPANISH |
| Gisela Chavez | H | clerck/TRANSlator | SPANISH |
| Betty Glodowski | W | Judge | English |
| Annette Votava | W | Judge | English |
| Joan Muehlich | W | Judge | English |
| RITA Mundil | W | County clerk | English |
| | | | |
| | | | |

Initials: RH
AB

☐ Not applicable to this coverage

B. Language Skills of Poll Officials

1. Did any poll officials claim to speak a language other than English? ☑ Yes ☐ No

*If "yes," describe their level of fluency (e.g., completely fluent, moderately proficient, basic skills, no ability).* Paloma Lopez - Spanish - Fluent
Gisela Chavez - Spanish - Fluent

2. Were any of the poll officials unable to speak English? ☐ Yes ☒ No

If "yes," who? ______

3. Did any poll officials have as their **only** duty to provide language assistance to voters?

☐ Yes ☒ No If "yes," who? ______

C. *Note the times each poll official was absent from the polls:* Precinct, if applicable: ______

| Poll Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| Paloma Lopez | 1115 | 1145 | 404 | / | | | | |
| Joan Hulclich | 1115 | 1145 | | | | | | |
| Betty Glodowski | 1145 | 1230 | | | | | | |
| Gisela Chavez | 1200 | 1245 | | | | | | |
| PAT Muhle | 1215 | 1254 | | | | | | |
| Glee Kracl | 100 | 135 | | | | | | |

D. *Identify any poll official(s) who acted as the leader.* RiTA Mundil

E. Were there any disagreements among the poll officials?

☐ Yes ☒ No *(If "yes," describe the disagreement(s). Also identify any poll official(s) who were excluded from or did not participate in efforts to resolve these controversies.)*

Initials: RH
AB

☐ Not applicable to this coverage

F. Training of All Poll Officials

1. *List each poll official on duty, including interpreters.*

| Poll Official | Received Election Training? (Yes or No) | When | Where | Length of Training (Hours) | Who Conducted Training |
|---|---|---|---|---|---|
| Paloma Lopez | Yes | OCT/30/12 | Court House | 1 1/2 HR | RiTa Mundil |
| Gisela Chavez | Yes | OCT/30/12 | Court House | 1 1/2 HR | RiTA Mundil |
| Glee Kracl | Yes | OCT/30/12 | Court House | 1 1/2 HR | RiTA Mundil |
| PAT Muhle | Yes | OCT/30/12 | Court House | 1 1/2 HR | RiTA Mundil |
| Betty Glodowski | Yes | OCT/30/12 | Court House | 1 1/2 HR | RiTA Mundil |
| Annette Votava | Yes | OCT/30/12 | Court House | 1 1/2 HR | RiTA Mundil |
| Joan Muehlich | Yes | OCT/30/12 | Court House | 1 1/2 HR | RiTA Mundil |
| | | | | | |
| | | | | | |
| | | | | | |

2. *Describe the training generally, and identify poll officials who provided this information to you.*

RiTa Mundil STATed That She provided The Training at The Court House. They had Training on voting Information and ballots procedures.

Initials: RH
AB

☐ Not applicable to this coverage

G. Training of Bilingual Poll Officials or Interpreters

1. Did any of the bilingual poll officials or interpreters listed above receive training from the jurisdiction on **how to translate the contents of the ballot** or **how to provide procedural instructions in the minority language**?

☒ Yes ☐ No *(If "yes," identify the poll officials who attended and describe the training. Also, identify the poll officials that you interviewed for this question.)*

Paloma Lopez and Gisela Chavez attended Training at The Court House. They received voting information in English and Spanish. Information provided by Paloma Lopez and Gisela Chavez. They received The Training materials in English and Spanish However verbal AB instructions in English.

2. Was the training conducted separately from the general training described in Question F.2?

☐ Yes ☒ No *(If "yes," describe when and where the training occurred and who conducted it.)*

3. Were voting procedures and ballot content discussed in the minority language during the training? ~~☒~~ Yes AB ☒ No (See #2)

4. Did the jurisdiction use any audio-visual aids (e.g., audio tape, video tape, flip chart) during the training on minority language procedures?

☐ Yes ☒ No *(If "yes," describe.)*

5. a. Before election day, did the jurisdiction provide a copy of any audio-visual aids to any of the bilingual poll officials or interpreters?

☐ Yes ☒ No If "yes," who? ______________________________

b. If "yes," did any of the bilingual poll officials or interpreters use the audio-visual aids after the training session?

☐ Yes ☐ No *(If "yes," give their names and explain how they used the audio-visual aids.)*

Initials: RH AB

## 4. VOTING PROCEDURES

**A. Prior to Opening the Polls** Precinct, if applicable: #1

1. What time did the poll officials arrive at the polling place? 7:00 AM

   Information obtained by ☐ observation or ☒ questioning poll officials.

2. Were the poll officials given an oath of office?

   ☐ Yes ☒ No If "yes," by whom? ____________

   Information obtained by ☐ observation or ☒ questioning poll officials.

3. What items (such as envelopes, forms, notices, cards, sample ballots, provisional/challenged/ affidavit ballots, etc.) were provided to the polling site? (**Do not include signs identified on p. 5.** *Identify any items printed in a language other than English and specify the language. Indicate if a document was only partially translated.*)

   Sample ballots, voting instructions, ID requirements, provisional ballots, registration forms, privacy sleeves, what to do booklet, spoiled ballot envelope, use of provisional ballot placard.

4. Did the polling place open on time? ☒ Yes ☐ No *(If "no," explain reason for delay.)*

   What time did the polls open? 8:00AM

5. Was all voting equipment operational when the polls opened?

   ☒ Yes ☐ No ☐ Not Observed *(If "no," explain what poll officials did to resolve problems.)*

Initials: RH
AB

6. Were there long lines at this site when the polls opened? ☐ Yes ☒ No *(If "yes," explain.)*

There were seven people waiting for the polls to open. All voters had been checked in within 5 minutes

7. Were the names of voters who cast absentee or early ballots marked on the poll list?

☒ Yes ☐ No

8. Were the absentee ballots delivered to the polls by the jurisdiction?

☐ Yes ☒ No If "yes," by whom? ____________

---

**B. Poll Watchers** Precinct, if applicable: #1

1. Were any poll watchers present?

☐ Yes *(If "yes," complete Questions 2 through 4.)* ☒ No *(If "no," skip to Section C.)*

2. *Obtain the following information about the poll watchers:*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing | Approximate Time at Polls |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

3. Did the poll officials require the poll watchers to present any type of authorization?

☐ Yes ☐ No If so, what? ____________

4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?

☐ Yes ☐ No *(Describe any limitations imposed on poll watchers throughout the day.)*

Initials: RH
AB

## C. While the Polls Were Open

Precinct, if applicable: #1

1. **What voting system(s) were available for voters to cast regular ballots?** *(Check all that apply.)*

   ☐ Direct Recording Electronic (DRE) Machines *(Complete Question 2.)*

   ☒ Optical Scan Ballots *(Complete Question 3.)*

   ☒ Other Voting Methods *(Complete Question 4.)*

2. **DRE Machines**

   a. Was the counter set to zero before voting began? ☐ Yes ☐ No ☐ Not Observed

   b. Did the poll official give voters any forms indicating that they were permitted to vote?

   ☐ Yes ☐ No If "yes," from whom? ____________________

   c. Were voters given an activator card (a device to insert into the machine to begin voting)?

   ☐ Yes ☐ No If "yes," who programmed the activator card? ____________________

   d. If the DRE machines were not working, did the poll officials offer voters an alternative way to cast their ballots?

   ☐ Yes ☐ No *(If "yes," describe the alternative method.)*

   e. Were headsets connected to at least one machine to allow voters to listen to an audio version of the ballot?

   ☐ Yes ☐ No If "yes," in what language(s)? ____________________

   f. Was any time limitation imposed on voters? ☐ Yes ☐ No If "yes," how long? ____

   g. If voters attempted to use marked sample ballots, were **all** voters allowed to do so?

   ☒ Yes ☐ No ☐ Not Applicable *(If "no," explain, including who prevented their usage.)*

Initials: RH
AB

3. **Optical Scan Ballots**

   a. From whom did voters receive their ballots? From the poll judges

   b. Where did voters go to mark their ballots? Voting Booths

   c. Was any time limitation imposed on voters? ☐ Yes ☒ No If "yes," how long? ________

   d. If voters attempted to use marked sample ballots, were **all** voters allowed to do so?

   ☐ Yes ☐ No ☐ Not Applicable *(If "no," explain, including who prevented their usage.)*

   Not observed

   e. Where were cast ballots deposited?

   ☒ Ballot Box ☐ Scanner ☐ Elsewhere *(Explain.)*

   f. Who deposited the ballots? ☒ Voter ☐ Poll Official

   g. If a scanner was used:

   Was it set to zero before voting began? ☐ Yes ☐ No ☒ Not Observed

   Did it reject any ballots voters inserted? ☐ Yes ☐ No ☒ Not Observed

   Were privacy sleeves used to keep the ballot choices secret?

   ☒ Yes ☐ No ☐ Not Observed

   h. Was another ballot made available to any voter who spoiled his/her first ballot?

   ☒ Yes ☐ No *If "yes," where were spoiled ballots deposited?* Placed in a bag to be given to the County Clerk.

4. **Other Voting Methods** *(If applicable, describe any other voting equipment or types of voting systems used.)*

   An Automark machine was available

Initials: RH AB

## D. Determining a Person's Eligibility to Vote

*Identify each individual not permitted to vote on Charts B, "Persons Not Permitted to Vote" (p. 25). At the end of the day, include a summary of those responses in the questions below.*

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine voters' registration status.

   Courthouse Precinct #1 registration book.

2. If voters' names were not found in the registration book(s) or list(s), what did poll officials do?

   The poll workers either called the county Clerk on the phone or they would walk upstairs with the voter to talk to the county clerk.

3. Did poll officials attempt to contact off-site election officials to verify or determine voters' registration status? ☒ Yes ☐ No *(If "yes," explain circumstances and who was called.)*

   If a voter was not registered poll officials would call the county clerk to determine if the voter was registered.

4. If voters were told that they were not on the registration list at the polling site, what (if anything) were they told to do (e.g., directed elsewhere, offered a provisional ballot)?

   as stated above, the poll worker called the county clerk. If they were registered the voter was told to go to the correct precinct.

5. Were registration forms available for voters who were not registered? ☒ Yes ~~No~~ RH

6. *Describe any other actions, not included above, that were taken to determine voters' registration status.*

Initials: RH AD

☐ Not applicable to this coverage

## E. Minority Language Assistance from Poll Officials and Interpreters

***Language assistance*** *is any conversation in the minority language concerning the election process (e.g., finding names in the poll book, giving instructions on how to use the machine, translating the ballot, providing a provisional ballot), whether inside* ***or*** *outside the voting booth. Provide individual accounts of language assistance on Charts C1, C2, C3, and C4 (pp. 26-29). At the end of the day, answer the following general questions about language assistance.*

1. General

   a. How was it determined who received minority language assistance (e.g., did the poll officials ask voters if they needed assistance, was each minority voter automatically given such assistance, was help given only at the request of the voter, or did officials offer this help to only certain minority voters)?

   Poll officials asked voters if they needed assistance in minority (Spanish) language.

   b. Did poll officials fail to provide minority language assistance to any voter who requested such assistance?

   ☐ Yes, details captured on ☐ Charts C1-C4 and/or ☐ page(s) ____________.
   ☒ No

   c. Did poll officials fail to provide minority language assistance to any voters who struggled to speak in English?

   ☐ Yes, details captured on ☐ Charts C1-C4 and/or ☐ page(s) ____________.
   ☒ No

   d. Did poll officials try to prevent any voter from using an assistor-of-choice (e.g., a relative) in providing minority language assistance?

   ☐ Yes, details captured on ☐ Charts C1-C4 and/or ☐ page(s) ____________.
   ☒ No

2. Did any poll official provide instruction **in a minority language on how to cast the ballot** (e.g., how to use the machine, how to mark the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office)?

   ☑ Yes, details captured on ☑ Charts C1-C4 and/or ☐ page(s) ____________.
   ☐ No

Initials: RH
AB

3. Was an oral interpretation of the ballot provided in the minority language to voters?

   ☑ Yes, details captured on ☑ Charts C1-C4 and/or ☐ page(s) ____________.
   ☐ No

4. Other Conversation in Minority Language

   *If poll officials/interpreters used a minority language for general greetings or general conversation with voters concerning non-election-related topics, describe the nature of the conversations, how frequently they occurred, the languages spoken, etc.*

   Interpreters greeted minority language (Spanish) voters and continued election-related topics during the voting process.

---

**F. Delays in Voting**

1. What was the average number of voters waiting in line to vote during the day? 0
2. What was the average length of time voters had to wait to vote? 0
3. At any time during the day, did voters have to wait more than 15 minutes to vote?

   ☐ Yes ☒ No *If "yes," provide the following information:*

   a. When did the line form? N/A How many voters were in line? N/A

   b. What were voters waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth)?

   N/A

   c. What action, if any, did poll officials take to alleviate the delay?

   N/A

Initials: RH
AD

## G. Provisional, ~~Challenged, or Affidavit Ballots~~

☐ Not applicable to this coverage

*Identify any voters who cast provisional, challenged, or affidavit ballots in Charts D (p. 30). At the end of the day, summarize those responses in the questions below.*

1. Were provisional, ~~challenged, or affidavit~~ RH ballots available for use?

   ☒ Yes ☐ No ☐ Not Observed

   a. In what languages were the ballots printed? English Spanish

   b. *Describe the ballot used to cast provisional ballots (e.g., optical scan ballot).*

   the provisional ballot is the same as the regular ballot an optical scan ballot.

2. *Interview poll officials in detail about their provisional ballot procedures (e.g., When are provisional ballots used? What are the procedures for provisional ballots? Do poll officials check with jurisdiction officials or other sources to determine if voters are in the correct precinct?).*

   Provisional ballots are used when the voter received a mail in ballot and then misplaced the mail in ballot. The voter is given a provisional ballot and it is placed in a provisional ballot envelope. Envelopes are kept seperate and turned in to the county clerk.

3. Did the poll officials follow the procedures explained in Question 2?

   ☒ Yes ☐ No ☐ Not Observed *(If "no," explain how stated procedures differed from actual practice.)*

4. Were voters given envelopes or forms (other than the ballot itself) to fill out before they cast their provisional ballots?

   ☒ Yes ☐ No ☐ Not Observed

   If "yes," in what languages? English + Spanish

Initials: RH AB

5. Did poll officials have written information (e.g., a handout or receipt) for voters casting provisional ballots (other than the envelope described in Question 4)?

☒ Yes ☐ No If "yes," in what languages? English & Spanish

a. What did the handout say (e.g., information on how voters could determine if their provisional ballots were counted)? The handout stated how and when the ballot would be counted. It gave instructions on when to call in to check to see if the ballot was counted

b. Did poll officials offer a handout to **every** voter casting a provisional ballot *(see Charts D)*?

☒ Yes ☐ No ☐ Not Observed

6. How were the provisional ballots kept (e.g., separate from other ballots)? They were sealed in an envelope and kept seperate from the other ballots.

7. Were the provisional ballots counted at the polls? ☐ Yes ☒ No ☐ Not Observed
*(If "yes," complete p. 36.)*

---

☐ Not applicable to this coverage

## H. Identification (ID) Requirements

*To obtain some of the following information, you may have to ask questions of one or more poll officials. Obtain this information only during times when doing so would not interrupt or interfere with the voting or assistance process. Identify poll official(s) interviewed.*

1. Under what circumstances, if any, did the poll officials say that they would ask a voter for ID? The officials stated that no form of ID is required. The official stated that sometimes a voter would show the poll worker their ID to facilitate the spelling of the voters name

2. Did the poll officials receive training on any ID requirements?

☐ Yes ☒ No ☐ Not Applicable *(If "yes," interview the poll officials about the training.)*

Initials: RH
AB

3. Did the list of registered voters "flag" or otherwise indicate that certain voters needed to present identification?

☐ Yes ☒ No *(If "yes," describe.)*

4. Did you observe **any** voters being asked for identification? ☐ Yes ☒ No

*If "yes," answer the questions below.*

a. Which voters were asked for identification? *(All? Some? Explain.)*

N/A

b. What form(s) of identification were the poll officials willing to accept?

N/A

c. If voters did not have identification, what did poll officials tell them to do in order to cast a ballot (e.g., complete a form first)?

N/A

Initials: RH AB

## 5. GENERAL

A. *Describe poll officials' willingness to answer your questions. Describe any difficulties (if any) you had with poll officials in performing your duties (e.g., observing assistance to voters, obtaining information about persons not permitted to vote, or obtaining information about training, etc.).*

The poll officials answered all of our questions.

B. *Provide information regarding the presence of any law enforcement officials and any of their activities you observed.*

A few sheriffs deputies walked through the polling place. They did not stop and they were not disruptive to the voting process.

C. *Provide information regarding the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.*

A reporter for the Schuyler ~~times~~ voted and then asked voters if she could take pictures. She took photos of a few different voters during the voting process, ie signing in to vote sitting in the voting booth.

D. *If you observed the voters or others being treated rudely by poll officials or others, describe in detail what happened. Include actual words used and whether poll officials took any actions in response.*

The observer team and all of the voters were treated with respect. The poll workers did whatever they could to help the voters and provided answers to the observers.

Initials: RH
AB

E. *Describe any election-related incidents that occurred but are not recorded elsewhere in the report. Use blank continuation sheets for additional items, as needed.*

At 7:15 AM a voter was voting and noticed that he had the wrong ballot. In Precinct #1 there are 2 city council wards. The voter noticed that he had the wrong ballot and he brought it to the attention of the city clerk. The voter's original ballot was put into the spoiled ballot envelope and the voter was given a new ballot. The voter was white and he did not give his name to the observer Richard Holck.

At 9:15 AM a female reporter from the Schuyler Sun news paper arrived and asked some voters if she could take the voters picture. The reporter took photos of voters signing in and voters in the booth

At the closing of the poll the poll workers stated that 386 people had voted. The count we as ~~that~~ RH observers had was approximately 40 voters short of that amount. The observers attribute this to both observers completing other tasks and missing voters.

Initials: RH
AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET

| PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|
| Time* | Race or Ethnicity | Tally of Voters Who Cast a Regular Ballot | Hourly Totals | Cumulative Totals |
| Start: 8:00A | H | 𝍸 | 5 | 5 |
| | O | 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 \|\|\| | 38 | 38 |
| End: 900A | | | | |
| | | | | |
| Start: 900A | H | 𝍸 \|\| | 7 | 12 |
| | O | 𝍸 𝍸 𝍸 𝍸 \|\|\| | 23 | 61 |
| End: 1000 | P ~~[crossed out]~~ | | | ~~[crossed out]~~ |
| | | | | |
| Start: 1000 | H | 𝍸 \|\| | 7 | 19 |
| | O | 𝍸 𝍸 𝍸 𝍸 \|\|\| | 23 | 84 |
| End: 1100 | | | | |
| | | | | |
| Start: 1100 | H | \|\|\|\| | 4 | 23 |
| | O | 𝍸 𝍸 𝍸 𝍸 \|\|\|\| | 24 | 108 |
| End: 1200 | | | | |
| | | | | |

* Indicate the starting and ending times of each interval (e.g., Start: 7:00 a.m.; End: 8:00 a.m.).

Initials: RH
AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET

| PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|
| Time* | Race or Ethnicity | Tally of Voters Who Cast a Regular Ballot | Hourly Totals | Cumulative Totals |
| Start: 1200PM | H | ~~\|\|\|\|~~ | 5 | 28 |
| | O | ~~\|\|\|\|~~ ~~\|\|\|\|~~ \|\|\| | 13 | 121 |
| End: 100PM | | | | |
| | | | | |
| Start: 100PM | H | \| | 1 | 29 |
| | O | ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ \|\| | 22 | 143 |
| End: 200PM | | | | |
| | | | | |
| Start: 200 | H | ~~\|\|\|\|~~ \|\| | 7 | 36 |
| | O | ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ \|\|\| | 18 | 161 |
| End: 300 | | | | |
| | | | | |
| Start: 300 | H | ~~\|\|\|\|~~ ~~\|\|\|\|~~ | 10 | 46 |
| | O | ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ \|\| | 17 | 178 |
| End: 400 | | | | |
| | | | | |

* Indicate the starting and ending times of each interval (e.g., Start: 7:00 a.m.; End: 8:00 a.m.).

Initials: RH
AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET

| PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|
| Time* | Race or Ethnicity | Tally of Voters Who Cast a Regular Ballot | Hourly Totals | Cumulative Totals |
| Start: 400PM | H | 卌 \|\|\|\| | 9 | 55 |
| End: 500PM | O | 卌 卌 卌 卌 \|\|\| | 23 | 201 |
| Start: 500PM | H | 卌 \|\| | 7 | 62 |
| End: 600PM | O | 卌 \| 卌 卌 卌 卌 卌 卌 | 36 | 237 |
| Start: 600PM | H | 卌 \|\| | 7 | 69 |
| End: 700PM | O | 卌 卌 卌 卌 卌 卌 | 30 | 267 |
| Start: 700PM | H | \|\| | 2 | 71 |
| End: 800PM | O | 卌 \|\|\| | 8 | 275 |

* Indicate the starting and ending times of each interval (e.g., Start: 7:00 a.m.; End: 8:00 a.m.).

Initials: RH
AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

| Time | Language/ Dialect | Tally - Official 1 Name: Paloma | Tally - Official 2 Name: Gisella | Tally - Official 3 Name: | Tally for Family/Friends | Hourly Total | Cuml. Total |
|---|---|---|---|---|---|---|---|
| Start: 800 | H | | | | | 0 | 0 |
| End: | O | | | | | 0 | 0 |
| 900 | | | | | | | |
| | | | | | | | |
| Start: 9:00 | H | #AB | / | | | / | / |
| End: | O | | | | | 0 | 0 |
| | | | | | | | |
| 1000 | | | | | | | |
| Start: 1000 | H | | | | | 0 | / |
| End: | O | | | | | 0 | 0 |
| 1100 | | | | | | | |
| | | | | | | | |
| Start: 1100 | H | | / | | | / | 2 |
| End: | O | | | | | 0 | 0 |
| | | | | | | | |
| 1200 | | | | | | | |
| Start: 1200 | H | | | | | 0 | 2 |
| End: | O | | | | | 0 | 0 |
| | | | | | | | |
| 100 | | | | | | | |
| Start: 100 | H | | | | | 0 | 2 |
| End: | O | | | | | 0 | 0 |
| | | | | | | | |
| 200 | | | | | | | |

Initials: AB RH

☐ None observed ☐ Not applicable to this coverage

Precinct, if applicable: #1

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

| Time | Language/ Dialect | Tally - Official 1 Name: Paloma | Tally - Official 2 Name: Gisela | Tally - Official 3 Name: | Tally for Family/Friends | Hourly Total | Cuml. Total |
|---|---|---|---|---|---|---|---|
| Start: 200 | H | / | | | | 1 | 3 |
| End: | O | | | | | 0 | 0 |
| | | | | | | | |
| 300 | | | | | | | |
| Start: 300 | H | | | | | 0 | 3 |
| End: | O | | | | | 0 | 0 |
| | | | | | | | |
| 400 | | | | | | | |
| Start: 400 | H | | | | | 0 | 3 |
| End: | O | | | | | 0 | 0 |
| | | | | | | | |
| 500 | | | | | | | |
| Start: 500 | H | | | | | 0 | 3 |
| End: | O | | | | | 0 | 0 |
| | | | | | | | |
| 600 | | | | | | | |
| Start: 600 | H | | | | | 0 | 3 |
| End: | O | | | | | 0 | 0 |
| | | | | | | | |
| 700 | | | | | | | |
| Start: 700 | H | | | | | 0 | 3 |
| End: | O | | | | | 0 | 0 |
| | | | | | | | |
| 800 | | | | | | | |

Initials: AB RH

Precinct, if applicable: ______

☐ None observed ☐ Not applicable to this coverage

## CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

| Time | Voters' Race/ Ethnicity | Tally of Assistance Given by Poll Officials | Name(s) of Poll Officials Who Assisted | Tally of Assistance Given by Family/Friends | Hourly Total | Cuml. Total |
|---|---|---|---|---|---|---|
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |

Initials:

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | unavail to capture | 803 |
| Voter's Address: unavail to capture | | | |
| Name/Title of Official Not Permitting Vote: Glee Kracl Clerk | Race: W | Language(s) Spoken During the Interaction: Spanish | |
| Official's Reason for Not Permitting Vote: wrong precinct | | Actions/Suggestions Made by Official: Directed to the right precinct | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☑ No | | | |
| Any Other Statements Made by Voter (e.g., when and where registered) | | | |
| Information obtained by ☑ observation or ☐ questioning voter | | | |

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | unavail to capture | 830 |
| Voter's Address: [redacted] NE | | | |
| Name/Title of Official Not Permitting Vote: Glee Krcal Clerk | Race: W | Language(s) Spoken During the Interaction: English | |
| Official's Reason for Not Permitting Vote: wrong precinct + not registered to vote | | Actions/Suggestions Made by Official: to register for next elections | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☑ No | | | |
| Any Other Statements Made by Voter (e.g., when and where registered): voter will register to vote | | | |
| Information obtained by ☐ observation or ☑ questioning voter | | | |

Initials: RH
AB

Precinct, if applicable: 7/1

☐ None observed ☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | W | Did not provide | 8:45 |
| **Voter's Address** | | | |
| [redacted] Schuyler NE | | | |
| **Name/Title of Official Not Permitting Vote** | **Race** | **Language(s) Spoken During the Interaction** | |
| Glee Krael / clerck | W | English | |
| **Official's Reason for Not Permitting Vote** | | **Actions/Suggestions Made by Official** | |
| Not registered to vote | | register for next election | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☑ No | | | |
| **Any Other Statements Made by Voter (e.g., when and where registered)** | | | |
| Voter was not registered and register today. | | | |
| Information obtained by ☐ observation or ☑ questioning voter | | | |

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | [redacted] | 9:45 |
| **Voter's Address** | | | |
| [redacted] [redacted] NE | | | |
| **Name/Title of Official Not Permitting Vote** | **Race** | **Language(s) Spoken During the Interaction** | |
| Paloma Lopez | H | SPANISH | |
| **Official's Reason for Not Permitting Vote** | | **Actions/Suggestions Made by Official** | |
| Voter register in another ~~county~~ AB county | | Voter was given the right precinct address. | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☑ No | | | |
| **Any Other Statements Made by Voter (e.g., when and where registered)** | | | |
| | | | |
| Information obtained by ☐ observation or ☑ questioning voter | | | |

Initials: RH AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

| | | | |
|---|---|---|---|
| Voter[redacted] | Race: H | Voter's Phone: Not Given | Time of Interaction: 9:25 AM |
| Voter's Address: [redacted] | | | |
| Name/Title of Official Not Permitting Vote: Paloma Lopez | Race: H | Language(s) Spoken During the Interaction: Spanish | |
| Official's Reason for Not Permitting Vote: Voter was in the wrong precinct Voter was told to go to St Augustine | | Actions/Suggestions Made by Official: Paloma called the clerks office. The voter had moved and was told to vote in another precinct | |
| Did the voter state to the official that s/he had voted at this site before? ☒ Yes ☐ No | | | |
| Any Other Statements Made by Voter (e.g., when and where registered) | | | |
| Information obtained by ☐ observation or ☐ questioning voter | | | |

| | | | |
|---|---|---|---|
| Voter's Name | Race | Voter's Phone | Time of Interaction |
| Voter's Address | | | |
| Name/Title of Official Not Permitting Vote | Race | Language(s) Spoken During the Interaction | |
| Official's Reason for Not Permitting Vote | | Actions/Suggestions Made by Official | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☐ No | | | |
| Any Other Statements Made by Voter (e.g., when and where registered) | | | |
| Information obtained by ☐ observation or ☐ questioning voter | | | |

Initials: RH

AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | Not provided | 10:00 |
| **Voter's Address:** [redacted] Schuyler NE | | | |
| **Name/Title of Official Not Permitting Vote:** Glee Kacl / clerck | **Race:** H | **Language(s) Spoken During the Interaction:** English | |
| **Official's Reason for Not Permitting Vote:** Change of Address, (Another precinct) | | **Actions/Suggestions Made by Official:** voter was given the right Precinct address | |
| **Did the voter state to the official that s/he had voted at this site before?** ☐ Yes ☑ No | | | |
| **Any Other Statements Made by Voter (e.g., when and where registered)** | | | |
| **Information obtained by** ☐ observation or ☑ questioning voter | | | |

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | [redacted] | 1:20 |
| **Voter's Address:** [redacted] Schuyler NE | | | |
| **Name/Title of Official Not Permitting Vote:** Pat Muhle | **Race:** W | **Language(s) Spoken During the Interaction:** English | |
| **Official's Reason for Not Permitting Vote:** was not registered | | **Actions/Suggestions Made by Official:** Voter registered for next elections. | |
| **Did the voter state to the official that s/he had voted at this site before?** ☐ Yes ☒ No | | | |
| **Any Other Statements Made by Voter (e.g., when and where registered):** I was not registered at This Time | | | |
| **Information obtained by** ☐ observation or ☑ questioning voter | | | |

Initials: RH
AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | [redacted] | 2:20 |

Voter's Address: [redacted] schuyler NE

| Name/Title of Official Not Permitting Vote | Race | Language(s) Spoken During the Interaction |
|---|---|---|
| Glee Kracl | W | English |

| Official's Reason for Not Permitting Vote | Actions/Suggestions Made by Official |
|---|---|
| Change of Address | Voter was given the right Precinct Address |

Did the voter state to the official that s/he had voted at this site before? ☑ Yes ☐ No

Any Other Statements Made by Voter (e.g., when and where registered)

I changed my Address and did not know my new Precinct Address.

Information obtained by ☐ observation or ☑ questioning voter

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | [redacted] | 3:25 |

Voter's Address: [redacted]

| Name/Title of Official Not Permitting Vote | Race | Language(s) Spoken During the Interaction |
|---|---|---|
| Glee Kracl | W | SPANISH |

| Official's Reason for Not Permitting Vote | Actions/Suggestions Made by Official |
|---|---|
| Voter was registered at another County | Voter was given the right precinct to vote |

Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☐ No

Any Other Statements Made by Voter (e.g., when and where registered)

Voter will Drive to his correct precinct. Did not offered AB Provisional ballot

Information obtained by ☐ observation or ☑ questioning voter

Initials: RH AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

| | | | |
|---|---|---|---|
| Voter's Name<br>[redacted] | Race<br>H | Voter's Phone<br>[redacted] | Time of Interaction<br>3:55 |
| Voter's Address<br>[redacted] Schuler NE | | | |
| Name/Title of Official Not Permitting Vote<br>Glee Kracl | Race<br>W | Language(s) Spoken During the Interaction<br>SPANISH | |
| Official's Reason for Not Permitting Vote<br>wrong precinct | | Actions/Suggestions Made by Official<br>Directed to the right precinct. | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No | | | |
| Any Other Statements Made by Voter (e.g., when and where registered) | | | |
| Information obtained by ☐ observation or ☒ questioning voter | | | |

| | | | |
|---|---|---|---|
| Voter's Name<br>[redacted] | Race<br>H | Voter's Phone<br>[redacted] | Time of Interaction<br>5:20 |
| Voter's Address<br>[redacted] | | | |
| Name/Title of Official Not Permitting Vote<br>Glee Kracl | Race<br>W | Language(s) Spoken During the Interaction<br>English | |
| Official's Reason for Not Permitting Vote<br>wrong precinct | | Actions/Suggestions Made by Official<br>Directed to the right precinct | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No | | | |
| Any Other Statements Made by Voter (e.g., when and where registered) | | | |
| Information obtained by ☐ observation or ☒ questioning voter | | | |

Initials: RH
AD

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| Voter did not provide | O | | 5:40 |

Voter's Address:

| Name/Title of Official Not Permitting Vote | Race | Language(s) Spoken During the Interaction |
|---|---|---|
| Glee Kracl | W | English |

| Official's Reason for Not Permitting Vote | Actions/Suggestions Made by Official |
|---|---|
| Not in voting list. | Provisional ballot |

Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☐ No

Any Other Statements Made by Voter (e.g., when and where registered) Voter was Turn away before voting Polls open. Voter returned at 5:40 pm and was not in the voting list. Voter was offered a provisional ballot and refused to vote. Voter was angry and refused to provide any information

Information obtained by ☑ observation or ☐ questioning voter

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| | | | |

Voter's Address:

| Name/Title of Official Not Permitting Vote | Race | Language(s) Spoken During the Interaction |
|---|---|---|
| | | |

| Official's Reason for Not Permitting Vote | Actions/Suggestions Made by Official |
|---|---|
| | |

Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☐ No

Any Other Statements Made by Voter (e.g., when and where registered)

Information obtained by ☐ observation or ☐ questioning voter

Initials: AB RH

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 9:15 End Time: 9:45

Address: [redacted] Schuyler NE Phone: None

Interpreter or Poll Official: Gisela Chavez Observer: Arturo Bravo

Assistance Occurred: ☑ Outside the booth (or before voter begins voting)
☑ Inside the booth (or while voter is voting)
☑ After voting was completed

Reason Voter Needed Assistance (e.g., (language) *[specify]*, disability, literacy): SPANISH

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.*

Poll official asked if assistance was needed and voter agreed Poll official translated the ballot (every part of the ballot in spanish) No family member or friend assisted the voter.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

☒ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

(Translator read the spanish ballot to voter)

Initials: RH
AD

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 10:45 End Time: 1105

Address: [redacted] Schuyler NE Phone: not provided

Interpreter or Poll Official: Gisela Chavez Observer: ARTURO BRAVO

Assistance Occurred:
☑ Outside the booth (or before voter begins voting)
☑ Inside the booth (or while voter is voting)
☑ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): SPANISH

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.*

Poll official asked if Assistance was needed and voter agreed. No family member or friend assisted The voter. Voter was given Provisional ballot.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

☒ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

(Translator read the SPANISH ballot To voter)

Initials: RH



A13

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 228 End Time: 250

Address: [redacted] schuyler NE Phone: [redacted]

Interpreter or Poll Official: Paloma Lopez Observer: ARTURO BRAVO

Assistance Occurred:
- ☑ Outside the booth (or before voter begins voting)
- ☑ Inside the booth (or while voter is voting)
- ☐ After voting was completed

Reason Voter Needed Assistance (e.g., (language) *[specify]*, disability, literacy): Spanish

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.*

Poll official asked if assistance was needed and voter agreed, no family member or friend assisted the voter.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

☒ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

(Translator read The SPANISH ballot To voter)

Initials: RH AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

Interpreter/Poll Official: Gisela Chavez (H) Observer: Arturo Bravo (H)

| Office | Translation by the Interpreter/Poll Official *(Include words spoken in English in brackets [ ].)* |
|---|---|
| All | Translator read the Spanish Ballots to voters. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials: RH

A/3

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

**CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)**

Interpreter/Poll Official: Paloma Lopez (H) Observer: ARTURO BRAVO (H)

| Office | Translation by the Interpreter/Poll Official *(Include words spoken in English in brackets [ ].)* |
|---|---|
| All | Translator read the Ballots to voters. (Spanish Ballots) |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials: RH AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

Interpreter/Poll Official: Paloma Lopez (H) Observer: Arturo Bravo (H)

| Proposition | Number | Translation by the Interpreter/Poll Official *(Include words spoken in English in brackets [ ].)* |
|---|---|---|
| All | | Translator read the Ballots to voters. (Spanish Ballots) |
| | | |
| | | |
| | | |
| | | |
| | | |

Initials: RH AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

Interpreter/Poll Official: Gisela Chavez (H) Observer: Arturo Bravo (H)

| Proposition | Number | Translation by the Interpreter/Poll Official *(Include words spoken in English in brackets [ ].)* |
|---|---|---|
| All | | Translator read in spanish the Ballots to voter |
| | | |
| | | |
| | | |
| | | |
| | | |

Initials: RH AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

**CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE (VOTING PROCEDURES)**

Interpreter/Poll Official: Paloma Lopez Observer: ARTURO BRAVO

| Procedure | Translation by the Interpreter/Poll Official *(Include words spoken in English in brackets [ ].)* |
|---|---|
| ALL | IN General Translator explained in her own words how To complete The ballots. (Spanish language) |
| | |
| | |
| | |
| | |
| | |
| | |

Initials: RH AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE (VOTING PROCEDURES)

Interpreter/Poll Official: Gisela Chavez Observer: ARTURO BRAVO

| Procedure | Translation by the Interpreter/Poll Official *(Include words spoken in English in brackets [ ].)* |
|---|---|
| All | In General Translator explained in her own words how To complete The ballots in SPANISH Language. |
| | |
| | |
| | |
| | |
| | |
| | |

Initials: RH AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART D – VOTERS CASTING ☒ PROVISIONAL, ☐ CHALLENGED, OR ☐ AFFIDAVIT BALLOTS

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | NOT provided | 10:45 |
| **Voter's Address** [redacted] Schuyler NE | | | |
| **Name of Official Challenging/Providing Ballot** Gisela Chavez | **Race** H | **Language(s) Spoken During the Interaction** SPANish | |
| **Reason Provided by Official** Voter was ~~an Early voter~~ Sent a Mail Ballet AB and did not ~~vote Early~~. used (AB) Ballet Provisional voter. | 1. Did the official check with off-site election officials? ☒ Yes ☐ No<br>2. Did the official tell the **voter** to check with off-site election officials? ☒ Yes ☐ No<br>3. Did the officials tell the voter that s/he was registered elsewhere? ☐ Yes ☒ No If "yes," where?<br>4. Did the official provide voter with a handout on how s/he could determine if the provisional ballot was counted? ☒ Yes ☒ No AB<br>5. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No | | |
| **Voter's Response** | | | |
| Information obtained by ☐ observation or ☑ questioning voter | | | |

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | NOT provide | 11:15 |
| **Voter's Address** NOT Provided by Voter | | | |
| **Name of Official Challenging/Providing Ballot** Gisela Chavez | **Race** H | **Language(s) Spoken During the Interaction** English | |
| **Reason Provided by Official** Change of Address. | 1. Did the official check with off-site election officials? ☒ Yes ☐ No<br>2. Did the official tell the **voter** to check with off-site election officials? ☒ Yes ☐ No<br>3. Did the officials tell the voter that s/he was registered elsewhere? ☐ Yes ☐ No If "yes," where?<br>4. Did the official provide voter with a handout on how s/he could determine if the provisional ballot was counted? ☒ Yes ☒ No AB<br>5. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No | | |
| **Voter's Response** I change my Address and was given a provisional ballot To vote | | | |
| Information obtained by ☐ observation or ☑ questioning voter | | | |

Initials: RH AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART D – VOTERS CASTING ☐ PROVISIONAL, ~~☐ CHALLENGED, OR ☐ AFFIDAVIT BALLOTS~~

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | NOT provided | 12:10 |
| **Voter's Address:** [redacted] Schuyler NE | | | |
| **Name of Official Challenging/Providing Ballot:** Glee Krael | **Race:** W | **Language(s) Spoken During the Interaction:** English | |
| **Reason Provided by Official:** Change of Address | | 1. Did the official check with off-site election officials? ☒ Yes ☐ No<br>2. Did the official tell the **voter** to check with off-site election officials? ☒ Yes ☐ No<br>3. Did the officials tell the voter that s/he was registered elsewhere? ☒ Yes ☐ No If "yes," where? IOWA<br>4. Did the official provide voter with a handout on how s/he could determine if the provisional ballot was counted? ☒ Yes ☐ No<br>5. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No | |
| **Voter's Response:** VoTer Moved from IOWA 3 years ago (2009)<br>Information obtained by ☒ observation or ☐ questioning voter | | | |

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | [redacted] | 12:50 |
| **Voter's Address:** [redacted] Schuyler NE | | | |
| **Name of Official Challenging/Providing Ballot:** Gisela Chavez | **Race:** H | **Language(s) Spoken During the Interaction:** English | |
| **Reason Provided by Official:** Change of Address. | | 1. Did the official check with off-site election officials? ☒ Yes ☐ No<br>2. Did the official tell the **voter** to check with off-site election officials? ☒ Yes ☐ No<br>3. Did the officials tell the voter that s/he was registered elsewhere? ☒ Yes ☐ No If "yes," where? Fire House precinct. in Schuyler NE.<br>4. Did the official provide voter with a handout on how s/he could determine if the provisional ballot was counted? ☒ Yes ☐ No<br>5. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No | |
| **Voter's Response:** I moved and did NoT ~~reported~~ report AB my change of Address.<br>Information obtained by ☐ observation or ☒ questioning voter | | | |

Initials: RH AB

Precinct, if applicable: #1

☐ None observed ☐ Not applicable to this coverage

## CHART D – VOTERS CASTING ☐ PROVISIONAL, ☑ ~~CHALLENGED, OR ☐ AFFIDAVIT BALLOTS~~

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | [redacted] | 3:50 |
| Voter's Address: [redacted] Schuyler NE | | | |
| Name of Official Challenging/Providing Ballot: Paloma Lopez | Race: H | Language(s) Spoken During the Interaction: SPANISH | |
| Reason Provided by Official: voter was not registered | | 1. Did the official check with off-site election officials? ☒ Yes ☐ No<br>2. Did the official tell the **voter** to check with off-site election officials? ☒ Yes ☐ No<br>3. Did the officials tell the voter that s/he was registered elsewhere? ☐ Yes ☒ No If "yes," where? | |
| Voter's Response: I was not registered and ~~[illegible]~~ AB offer Provisional Ballot<br>Information obtained by ☐ observation or ☑ questioning voter | | 4. Did the official provide voter with a handout on how s/he could determine if the provisional ballot was counted? ☒ Yes ☐ No<br>5. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No | |

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| | | | |
| Voter's Address | | | |
| Name of Official Challenging/Providing Ballot | Race | Language(s) Spoken During the Interaction | |
| Reason Provided by Official | | 1. Did the official check with off-site election officials? ☐ Yes ☐ No<br>2. Did the official tell the **voter** to check with off-site election officials? ☐ Yes ☐ No<br>3. Did the officials tell the voter that s/he was registered elsewhere? ☐ Yes ☐ No If "yes," where? | |
| Voter's Response<br>Information obtained by ☐ observation or ☐ questioning voter | | 4. Did the official provide voter with a handout on how s/he could determine if the provisional ballot was counted? ☐ Yes ☐ No<br>5. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No | |

Initials: AB RH

Precinct, if applicable: #1

☐ Not applicable to this coverage

## CHART E – PROCEDURES AFTER THE POLLS CLOSE

1. What time did the polls close? 8:00 PM
2. How many persons were in line to vote when the polls closed? 0
3. Were all persons who were in line when the polls closed permitted to vote? ☐ Yes ☐ No N/A

   If "no," who would not permit them to vote, and what reason(s), if any, was given?

---

4. a. Was an observer present for any procedures related to the counting of the ballots at the polls?

   ☒ Yes ☐ No *(If "no," skip all questions in the remainder of Chart E.)*

   b. Did an observer accompany the ballot box or voting machines to the jurisdiction's elections office after the polls closed? ☐ Yes ☐ No *(If "yes," explain procedures.)*

---

5. DRE or Lever Voting Machines

   ☐ Not applicable to this coverage

   a. Were the machines locked and sealed against further voting?

   ☐ Yes ☐ No If "yes," by whom? ______

   b. Who read the count from the machine? ______

   c. Was the count verified by another official? ☐ Yes ☐ No If "yes," by whom? ______

   d. Was it read correctly? ☐ Yes ☐ No

   e. Who recorded the vote on the official return sheets? ______

   f. Was the vote recorded accurately? ☐ Yes ☐ No

Initials:

g. *List the machines' serial numbers and record the public counter of each machine at the end of voting.*

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

h. Were the results announced by the poll officials? ☐ Yes ☐ No

i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?

☐ Yes ☐ No

j. Were the absentee votes counted and tabulated with the votes shown on the machines?

☐ Yes ☐ No

k. Was the statement of results signed and certified by the poll officials? ☐ Yes ☐ No

l. As soon as the count was completed and the results announced, was the counter compartment locked?

☐ Yes ☐ No If "yes," by whom? ____________________

m. What was done with the election supplies such as poll lists, challenged ballots, etc.?

---

6. Optical Scan Ballots ☐ Not applicable to this coverage

a. Was a report of the number of persons voting prepared?

☐ Yes ☐ No If "yes," by whom? ____________________

b. What was done with the election supplies such as ballot stubs, etc.? *(Describe supplies.)*

c. Was the ballot box sealed? ☐ Yes ☐ No If "yes," by whom? ____________________

d. If appropriate, who took the ballot box to the counting center? ____________________

e. Did an observer accompany the ballot box? ☐ Yes ☐ No

Initials:

7. Paper Ballots (**Not** Optical Scan Ballots) ☐ Not applicable to this coverage

a. *Describe the procedures used by poll officials to count paper ballots by hand. Identify the names of poll officials who engaged in the count and their responsibilities. Identify whether ballots were kept separate from other materials on the table. Describe where the ballots were placed after they were counted.*

b. *Complete the table below:*

| | Total |
|---|---|
| 1. Ballots accepted | |
| 2. Ballots partially rejected | |
| 3. Ballots totally rejected | |
| 4. Spoiled ballots | |
| 5. Unused ballots | |
| Total | |

c. *In the chart below, give reasons for total rejection of individual ballots.*

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |

Initials:

d. *In the chart below, give reasons for partial rejection of individual ballots.*

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

e. Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?

☐ Yes ☐ No *(If "no," explain.)*

f. What time did the ballot box leave the polling place? ____________

Who took it? ______________________

Was it locked? ☐ Yes ☐ No Was it sealed? ☐ Yes ☐ No

---

8. Absentee Ballots

☐ Not applicable to this coverage

a. Were the absentee ballots counted at the polls? ☐ Yes ☐ No ☐ Not Observed

If "no," where did poll officials say the absentee ballots would be counted?

b. Were absentee ballots opened and stacked? ☐ Yes ☐ No If "yes," by whom? __________

c. Who read the absentee ballots? ______________________

d. Did anyone hand the ballots to the reader? ☐ Yes ☐ No If "yes," who? __________

e. Was each ballot read as marked? ☐ Yes ☐ No

Initials:

If "no," how many were not properly read? ________ *(Explain how they were misread.)*

f. What was done with the ballots after they were read?

g. How many absentee ballots were totally rejected? __________ *(Give reasons in chart below.)*

| Name of Voter | Reason for Rejection | Other Notes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

h. How many absentee ballots were partially rejected? ________ *(Give reasons in chart below.)*

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

i. *Give the totals for unchallenged and challenged absentee ballots.*

| Absentee Ballots | Total |
|---|---|
| Unchallenged | |
| Challenged | |

Initials:

9. Provisional, Challenged, or Affidavit Ballots

☐ Not applicable to this coverage

a. Were the provisional/challenged/affidavit ballots counted at the polls? ☐ Yes ☐ No

*(If "yes," describe the procedures used by poll officials, and identify their names and responsibilities.)*

b. How many provisional/challenged/affidavit ballots were totally rejected? ________
*(Give reasons in table.)*

| Name of Voter | Reason for Rejection | Other Notes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

c. How many provisional/challenged/affidavit ballots were partially rejected? ________
*(Provide complete information in table.)*

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |

Initials:

10. Election Results

☐ Not applicable to this coverage

a. *Provide election results in the following table. Mark N/A if a certain type of ballot is not counted separately at the polls.*

| Candidates | Official Regular Ballot Count | Official Challenged Ballot Count | Official Absentee Ballot Count |
|---|---|---|---|
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |

b. *Describe any problems with the count or controversies that occurred during the count. Identify above (with an asterisk) and describe any contests in which the official count differed from your tallies or observation.*

Initials:

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

Merit System Audit and Compliance

VR-2012

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of November 6, 2012 (Date)
Nebraska (State)
USA (County)
Schuyler (Municipality)
Schuyler Fire Station (Name of Polling Place)
3 (Precinct/Election District)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as U.S. Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, which we certify to be an accurate report of our observations.

The Time Observers:
Arrived at Polls Ø722
Departed Polls 8:20 pm

Respectfully yours,

Observers:
Name Fred P. Flores (Print)
Fred P. Flores (Sign)
Name Bessie Smith (Print)
Bessie Smith (Sign)
Name ________ (Print)
________ (Sign)

*Instructions to Observers: Complete this report in **black ink only**. Each team member must sign the coversheet and initial all subsequent pages of the report, including charts, in the lower-left corner.*

## 1. VOTING STATISTICS

Precinct, if applicable: ___________

| A. Number of Persons Attempting to Vote at the Polls | Total | Native American | Hispanic | Asian | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting regular/ unchallenged ballot (including unchallenged curbside and emergency ballots) *(See Chart A, p. 22)* | 530 | | 45 | | | | 485 |
| 2. Persons not permitted to vote or turned away for **any** reason, including being sent elsewhere *(See Charts B, p. 25)* | 9 | | 5 | | | | 4 |
| 3. Persons voting provisional, challenged, or affidavit ballot *(See Charts D, p. 30)* | 2 | | 1 | | | | 1 |
| Total of 1, 2, and 3 | 541 | | 51 | | | | 490 |

| B. Number of Persons Receiving **Any** Minority Language Assistance *(Cumulative Totals from Chart A1, p. 23. Specify language or dialect; e.g., Navajo, Spanish, Cantonese, Mandarin.)* | Language | H | | | |
|---|---|---|---|---|---|
| | Total | 4 | | | |

☐ Section 1B is not applicable to this coverage.

| C. Number of Persons Receiving Any Assistance **Other** than Language Assistance *(Cumulative Totals from Chart A2, p. 24)* | Total | Native American | Hispanic | Asian | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

☒ Section 1C is not applicable to this coverage.

D. Notes on Totals. *Regarding the totals in the above sections (1A, 1B, and 1C), explain any circumstances (e.g., high turnout) at the polling site that may have prevented you from providing a complete count.*

There were no circumstances that prevented us from capturing a complete count.

Initials:
TPT
BJ

E. If **direct recording electronic (DRE) machines or scanners** were used:

1. Which type of equipment was used? ☐ DRE ☐ Scanner ☐ Other ____________

2. *Complete the table below.*

| Machine # | Counter Number at Poll Opening | Counter Number When Observers Departed | Seal Number (if used) at Poll Opening | Seal Number (if used) at Poll Closing |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*If seals were used, please note any discrepancies or problems (e.g., required seals broken or missing before poll officials arrived at the polling place), and the actions, if any, of poll officials in response.*

☐ Section 1E is not applicable to this coverage.

F. Other Counts

1. *Complete the table below. Mark "N/A" for questions that are not applicable.*

| | Number of Ballots Issued to Voters |
|---|---|
| a. If optical scan ballots were used *and* there was no scanner, how many optical scan ballots were issued? | |
| b. How many paper (*not* optical scan) ballots were issued? | |
| c. How many curbside ballots were issued? | |
| d. How many emergency ballots were issued (when DRE machines were not working)? | |

☐ Section 1F is not applicable to this coverage.

Initials:

☐ Not applicable to this coverage

## 2. DESCRIPTION OF POLLING PLACE

A. *Draw a diagram of the polling place showing the location of the following:*

1. Voting machines or booths
2. Tables for poll officials
3. Any officially designated interpreters or bilingual poll officials
4. Voting instruction signs or cards
5. Sample ballots (if any)
6. Telephone (if any)
7. Federal observers
8. Poll watchers (if any)




Initials:

☐ Not applicable to this coverage

B. Signage

*Describe information found on election-related signs observed in and around the polling place.*

Precinct, if applicable: 3

| Sign Observed *Include title, description, color, etc.* | Where was the sign posted? | Was it easily visible to voters? | In what language(s) was the sign printed? |
|---|---|---|---|
| 1. VOTE HERE | DOOR - Main Entrance | ☒ Yes ☐ No | Spanish/English |
| 2. Spanish Language Assistance Here | DOOR - Main Entrance | ☒ Yes ☐ No | Spanish/English |
| 3. No Electioneering Within 200Ft Notice | DOOR - Main Entrance | ☒ Yes ☐ No | Spanish/English |
| 4. Polling Place Information on hours | DOOR - Main Entrance | ☒ Yes ☐ No | Spanish/English |
| 5. "Problem Voting at Poll?" | ON piano - in "public Notices" area | ☒ Yes ☐ No | Spanish/English |
| 6. Notice to Voters Who Registered by Mail | ON Piano - in "public Notices" area | ☒ Yes ☐ No | Spanish/English |
| 7. Notice to New OR former Residents | ON Piano - in "public Notices" area | ☒ Yes ☐ No | Spanish/English |
| 8. Precinct MAP of the 3 Voting Locations | ON Wall between main entrance and telephone | ☒ Yes ☐ No | Spanish/English |
| 9. Automark Instructions | ON TABLE behind the AutoMark Machine | ☒ Yes ☐ No | Spanish/English |
| | | ☐ Yes ☐ No | |

Initials:

C. Phones

1. What type of telephone equipment was available for use by the poll officials in the polling place?

   ☒ Land line ☐ Jurisdiction-provided cell phone ☒ Personal cell phone ☐ None

2. Did the poll officials use the phone to contact jurisdiction officials? ☒ Yes ☐ No
   *(If "yes," describe circumstances.)* Observed Poll Official Bonita Horejsi contact County Clerk Rita Mundil to verify that voter was or wasn't registered at precinct 3. After determination was made, the voter would be offered a provisional ballot or option to go to correct precinct. Calls made from land line number.

## 3. ELECTION OFFICIALS

A. *List each poll official on duty,* ***including interpreters****. (Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English and have no other pre-assigned responsibilities.)*

| Poll Official *(List precinct, if applicable.)* | Race or Ethnicity | Title/Function/Duties | Language(s)/Dialect(s) Spoken (including English) |
|---|---|---|---|
| Rosa Valerio | H | Clerk/Interpreter | English/Spanish |
| Martha Pycha | W | Clerk | English |
| Mari Ann Poladna | W | Clerk | English |
| Bonita Horejsi | W | Clerk | English |
| Almarine Parrin | W | Clerk | English |
| Sharon Everet | W | Clerk | English |
| | | | |
| | | | |
| | | | |
| | | | |

Initials: [handwritten initials]

☐ Not applicable to this coverage

B. Language Skills of Poll Officials

1. Did any poll officials claim to speak a language other than English? ☒ Yes ☐ No

*If "yes," describe their level of fluency (e.g., completely fluent, moderately proficient, basic skills, no ability).* Spanish – fluent

2. Were any of the poll officials unable to speak English? ☒ Yes ☒ No

If "yes," who? ______

3. Did any poll officials have as their **only** duty to provide language assistance to voters?

☒ Yes ☐ No If "yes," who? Rosa Valerio (H)

C. *Note the times each poll official was absent from the polls:* Precinct, if applicable: 3

| Poll Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| Rosa Valerio (H) | 1215 | 1240 | | | | | | |
| Martha Pycha | | | | | | | | |
| Mari Ann Polodna | | | | | | | | |
| Bonita Horejsi | 1300 | 1325 | | | | | | |
| Almarine Parrin | | | | | | | | |
| Sharon Everet | 1330 | 1355 | | | | | | |

D. *Identify any poll official(s) who acted as the leader.* Rosa Valerio (H) Bonita Horejsi

E. Were there any disagreements among the poll officials?

☐ Yes ☒ No *(If "yes," describe the disagreement(s). Also identify any poll official(s) who were excluded from or did not participate in efforts to resolve these controversies.)*

Initials: PP BS

☐ Not applicable to this coverage

F. Training of All Poll Officials

1. *List each poll official on duty, including interpreters.*

| Poll Official | Received Election Training? *(Yes or No)* | When | Where | Length of Training *(Hours)* | Who Conducted Training |
|---|---|---|---|---|---|
| Rosa Valerio (II) | Yes | 30 Oct 2012 | County Courthouse | 1½ hrs. | County Clerk |
| Martha Rycha | Yes | 30 Oct. | County Courthouse | 1½ hrs. | County Clerk |
| Mari Ann Poladna | Yes | 30 Oct. | " | " | " |
| Bonita Horejsi | Yes | 30 Oct. | " | " | " |
| Almarine [illegible] | Yes | 30 Oct | " | " | " |
| Sharon Ekeet | Yes | 30 Oct. | " | " | " |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2. *Describe the training generally, and identify poll officials who provided this information to you.*

One on one training with interpreter going over new Call in procedures and glossary of commonly used terms translated from English to Spanish. Other Clerks/Judges recieved classroom training with sample ballots and forms to be used during election process.

Initials: JA CB

☐ Not applicable to this coverage

G. Training of Bilingual Poll Officials or Interpreters

1. Did any of the bilingual poll officials or interpreters listed above receive training from the jurisdiction on **how to translate the contents of the ballot** or **how to provide procedural instructions in the minority language**?

   ☒ Yes ☐ No *(If "yes," identify the poll officials who attended and describe the training. Also, identify the poll officials that you interviewed for this question.)*

   Rosa Valerio - Spanish Interpreter received trainings in English

2. Was the training conducted separately from the general training described in Question F.2?

   ☒ Yes ☐ No *(If "yes," describe when and where the training occurred and who conducted it.)*

   Conducted separately by County Clerk - Rita Mundil on Oct. 30, 2012.

3. Were voting procedures and ballot content discussed in the minority language during the training? ☐ Yes ☒ No

4. Did the jurisdiction use any audio-visual aids (e.g., audio tape, video tape, flip chart) during the training on minority language procedures?

   ☐ Yes ☒ No *(If "yes," describe.)*

5. a. Before election day, did the jurisdiction provide a copy of any audio-visual aids to any of the bilingual poll officials or interpreters?

   ☐ Yes ☒ No If "yes," who? ______________________

   b. If "yes," did any of the bilingual poll officials or interpreters use the audio-visual aids after the training session?

   ☐ Yes ☒ No *(If "yes," give their names and explain how they used the audio-visual aids.)*

Initials: [handwritten initials]

## 4. VOTING PROCEDURES

### A. Prior to Opening the Polls

Precinct, if applicable: 3

1. What time did the poll officials arrive at the polling place? 7:00 AM

   Information obtained by ☐ observation or ☒ questioning poll officials.

2. Were the poll officials given an oath of office?

   ☒ Yes ☐ No If "yes," by whom? County Clerk - Rita Mundil

   Information obtained by ☐ observation or ☒ questioning poll officials.

3. What items (such as envelopes, forms, notices, cards, sample ballots, provisional/challenged/ affidavit ballots, etc.) were provided to the polling site? (***Do not include signs identified on p. 5.*** *Identify any items printed in a language other than English and specify the language. Indicate if a document was only partially translated.*) Ballots, forms, supplies, etc were brought to Polling Place the morning of election 11/6/12 by Clerk Bonita Horejsi. (2009 Glossary of Key Election terminology, Provisional Ballot Envelopes, Bag for unused ballots, Book of registered voters in precinct 3, Provisional Voters Manual, Disability Etiquette manual, Auto-Mark Manual, Situation Manual)

4. Did the polling place open on time? ☒ Yes ☐ No *(If "no," explain reason for delay.)*

   What time did the polls open? 8:00 a.m.

5. Was all voting equipment operational when the polls opened?

   ☒ Yes ☐ No ☐ Not Observed *(If "no," explain what poll officials did to resolve problems.)*

Initials: AH BB

6. Were there long lines at this site when the polls opened? ☐ Yes ☒ No *(If "yes," explain.)*

7. Were the names of voters who cast absentee or early ballots marked on the poll list?

   ☒ Yes ☐ No

8. Were the absentee ballots delivered to the polls by the jurisdiction?

   ☐ Yes ☒ No If "yes," by whom? ______________________

---

**B. Poll Watchers** Precinct, if applicable: __________

1. Were any poll watchers present?

   ☐ Yes *(If "yes," complete Questions 2 through 4.)* ☒ No *(If "no," skip to Section C.)*

2. *Obtain the following information about the poll watchers:*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing | Approximate Time at Polls |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

3. Did the poll officials require the poll watchers to present any type of authorization?

   ☐ Yes ☐ No If so, what? ______________________________________________

4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?

   ☐ Yes ☐ No *(Describe any limitations imposed on poll watchers throughout the day.)*

Initials: [handwritten initials]

**C. While the Polls Were Open** Precinct, if applicable: ________

1. **What voting system(s) were available for voters to cast regular ballots?** *(Check all that apply.)*

   ☐ Direct Recording Electronic (DRE) Machines *(Complete Question 2.)*

   ☒ Optical Scan Ballots *(Complete Question 3.)*

   ☒ Other Voting Methods *(Complete Question 4.)*

2. **DRE Machines**

   a. Was the counter set to zero before voting began? ☐ Yes ☐ No ☐ Not Observed

   b. Did the poll official give voters any forms indicating that they were permitted to vote?

      ☐ Yes ☐ No If "yes," from whom? ______________________

   c. Were voters given an activator card (a device to insert into the machine to begin voting)?

      ☐ Yes ☐ No If "yes," who programmed the activator card? ____________

   d. If the DRE machines were not working, did the poll officials offer voters an alternative way to cast their ballots?

      ☐ Yes ☐ No *(If "yes," describe the alternative method.)*

   e. Were headsets connected to at least one machine to allow voters to listen to an audio version of the ballot?

      ☐ Yes ☐ No If "yes," in what language(s)? ______________________

   f. Was any time limitation imposed on voters? ☐ Yes ☐ No If "yes," how long? ____

   g. If voters attempted to use marked sample ballots, were **all** voters allowed to do so?

      ☐ Yes ☐ No ☐ Not Applicable *(If "no," explain, including who prevented their usage.)*

Initials:

3. **Optical Scan Ballots**

a. From whom did voters receive their ballots? Clerk

b. Where did voters go to mark their ballots? Voting Booth

c. Was any time limitation imposed on voters? ☐ Yes ☒ No If "yes," how long? ________

d. If voters attempted to use marked sample ballots, were **all** voters allowed to do so?

☐ Yes ☒ No ☐ Not Applicable *(If "no," explain, including who prevented their usage.)*

e. Where were cast ballots deposited?

☐ Ballot Box ☐ Scanner ☐ Elsewhere *(Explain.)*

f. Who deposited the ballots? ☐ Voter ☐ Poll Official

g. If a scanner was used:

Was it set to zero before voting began? ☐ Yes ☐ No ☐ Not Observed

Did it reject any ballots voters inserted? ☐ Yes ☐ No ☐ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☐ Yes ☐ No ☐ Not Observed

h. Was another ballot made available to any voter who spoiled his/her first ballot?

☐ Yes ☐ No *If "yes," where were spoiled ballots deposited?* ________

4. **Other Voting Methods** *(If applicable, describe any other voting equipment or types of voting systems used.)* ~~Mark-On~~ Auto-Mark 2/17 Machine. Optical Scan ballots marked by ~~Mark-On~~ Mark-on 2/17 machine for needing visual or audio assistance with ~~Mark-On~~ 2/17 Auto-Mark

Initials: 2/17 BB

## D. Determining a Person's Eligibility to Vote

*Identify each individual not permitted to vote on Charts B, "Persons Not Permitted to Vote" (p. 25). At the end of the day, include a summary of those responses in the questions below.*

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine voters' registration status. The list of registered voters is reviewed after voter provides name. The clerk will then verify with the voter the name on list and address. If name is found on list the voter is given a ballot.

2. If voters' names were not found in the registration book(s) or list(s), what did poll officials do? The officials would call county clerk when a name was not found in registration book for guidance on providing the provisional ballot or directing voter to correct precinct.

3. Did poll officials attempt to contact off-site election officials to verify or determine voters' registration status? ☒ Yes ☐ No *(If "yes," explain circumstances and who was called.)* Names not found in registration book were all called into the County Clerks Office.

4. If voters were told that they were not on the registration list at the polling site, what (if anything) were they told to do (e.g., directed elsewhere, offered a provisional ballot)? Voters were offered a provisional ballot or the option to go to the correct preinct.

5. Were registration forms available for voters who were not registered? ☒ Yes ☐ No

6. *Describe any other actions, not included above, that were taken to determine voters' registration status.* The clerk would call the County clerk who has access to the list of all registered voters in Colfax County. The clerk would be advised by County clerk the action to take for voters not registered in Colfax County.

Initials: [illegible]

☐ Not applicable to this coverage

## E. Minority Language Assistance from Poll Officials and Interpreters

***Language assistance*** *is any conversation in the minority language concerning the election process (e.g., finding names in the poll book, giving instructions on how to use the machine, translating the ballot, providing a provisional ballot), whether inside* ***or*** *outside the voting booth. Provide individual accounts of language assistance on Charts C1, C2, C3, and C4 (pp. 26-29). At the end of the day, answer the following general questions about language assistance.*

1. General

   a. How was it determined who received minority language assistance (e.g., did the poll officials ask voters if they needed assistance, was each minority voter automatically given such assistance, was help given only at the request of the voter, or did officials offer this help to only certain minority voters)? Observed that interpreter would wait until an individual asked for assistance. Non Spanish speaking clerks would direct Spanish speakers to the interpreter. Interpreter would engage the Spanish speaker and determine from conversation if voter was asking for assistance.

   b. Did poll officials fail to provide minority language assistance to any voter who requested such assistance?

      ☐ Yes, details captured on ☐ Charts C1-C4 and/or ☐ page(s) ____________.
      ☒ No

   c. Did poll officials fail to provide minority language assistance to any voters who struggled to speak in English?

      ☐ Yes, details captured on ☐ Charts C1-C4 and/or ☐ page(s) ____________.
      ☒ No

   d. Did poll officials try to prevent any voter from using an assistor-of-choice (e.g., a relative) in providing minority language assistance?

      ☐ Yes, details captured on ☐ Charts C1-C4 and/or ☐ page(s) ____________.
      ☒ No

2. Did any poll official provide instruction **in a minority language on how to cast the ballot** (e.g., how to use the machine, how to mark the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office)?

   ☒ Yes, details captured on ☐ Charts C1-C4 and/or ☐ page(s) ____________.
   ☒ No
   -AP

Initials: AP BS

3. Was an oral interpretation of the ballot provided in the minority language to voters?

   ☐ Yes, details captured on ☐ Charts C1-C4 and/or ☐ page(s) not
   ☒ No Interpreter read ballot word for word but did translate ballot/ Voter illiterate could not read.

4. Other Conversation in Minority Language

   *If poll officials/interpreters used a minority language for general greetings or general conversation with voters concerning non-election-related topics, describe the nature of the conversations, how frequently they occurred, the languages spoken, etc.* Interpreter greeted some voters in Spanish and engaged in conversations in Spanish about family, weather and other non-election related matters on occasion.

---

## F. Delays in Voting

1. What was the average number of voters waiting in line to vote during the day? 2/3
2. What was the average length of time voters had to wait to vote? One to two mins.
3. At any time during the day, did voters have to wait more than 15 minutes to vote?

   ☐ Yes ☒ No *If "yes," provide the following information:*

   a. When did the line form? 5 pm How many voters were in line? 5

   b. What were voters waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth)? No, delays in entering voting booth or receiving language assistance.

   c. What action, if any, did poll officials take to alleviate the delay?

   No delays.

Initials: [initials]

**G. Provisional, Challenged, or Affidavit Ballots** ☐ Not applicable to this coverage

*Identify any voters who cast provisional, challenged, or affidavit ballots in Charts D (p. 30). At the end of the day, summarize those responses in the questions below.*

1. Were provisional, challenged, or affidavit ballots available for use?

   ☒ Yes ☐ No ☐ Not Observed

   a. In what languages were the ballots printed? English & Spanish

   b. *Describe the ballot used to cast provisional ballots (e.g., optical scan ballot).*
   optical scan ballot.

2. *Interview poll officials in detail about their provisional ballot procedures (e.g., When are provisional ballots used? What are the procedures for provisional ballots? Do poll officials check with jurisdiction officials or other sources to determine if voters are in the correct precinct?).* County Clerk was contacted when a voter was not registered in precinct. County Clerk would explain to Voter the option to vote on Provisional ballot or go to the correct Precinct. Voter was allowed to determine to vote provisional or go to correct precinct and vote.

3. Did the poll officials follow the procedures explained in Question 2?

   ☒ Yes ☐ No ☐ Not Observed *(If "no," explain how stated procedures differed from actual practice.)*

4. Were voters given envelopes or forms (other than the ballot itself) to fill out before they cast their provisional ballots?

   ☒ Yes ☐ No ☐ Not Observed

   If "yes," in what languages? English / Spanish

Initials: [handwritten initials]

5. Did poll officials have written information (e.g., a handout or receipt) for voters casting provisional ballots (other than the envelope described in Question 4)?

   ☒ Yes ☐ No If "yes," in what languages? English/Spanish

   a. What did the handout say (e.g., information on how voters could determine if their provisional ballots were counted)? ~~No read informational handout, it did not state that a provisional ballot may not be counted.~~ [initials]
   The handout did not have information stating that a provisional ballot may not be counted.

   b. Did poll officials offer a handout to **every** voter casting a provisional ballot *(see Charts D)*?

   ☐ Yes ☒ No ☐ Not Observed

6. How were the provisional ballots kept (e.g., separate from other ballots)? Kept separate from other ballots.

7. Were the provisional ballots counted at the polls? ☐ Yes ☐ No ☒ Not Observed
   *(If "yes," complete p. 36.)*

---

☐ Not applicable to this coverage

## H. Identification (ID) Requirements

*To obtain some of the following information, you may have to ask questions of one or more poll officials. Obtain this information only during times when doing so would not interrupt or interfere with the voting or assistance process. Identify poll official(s) interviewed.*

1. Under what circumstances, if any, did the poll officials say that they would ask a voter for ID?
   Clerk Bonita Horejsi said that clerks would not ask voters for identification. If there were questions about identification they would be directed to the County Clerk

2. Did the poll officials receive training on any ID requirements?

   ☒ Yes ☐ No ☐ Not Applicable *(If "yes," interview the poll officials about the training.)*

   see #1 above.

Initials: [initials]

3. Did the list of registered voters "flag" or otherwise indicate that certain voters needed to present identification?

☐ Yes ☒ No *(If "yes," describe.)*

4. Did you observe **any** voters being asked for identification? ☐ Yes ☒ No

*If "yes," answer the questions below.*

a. Which voters were asked for identification? *(All? Some? Explain.)*

N/A

b. What form(s) of identification were the poll officials willing to accept?

N/A

c. If voters did not have identification, what did poll officials tell them to do in order to cast a ballot (e.g., complete a form first)?

N/A

Initials:

## 5. GENERAL

A. *Describe poll officials' willingness to answer your questions. Describe any difficulties (if any) you had with poll officials in performing your duties (e.g., observing assistance to voters, obtaining information about persons not permitted to vote, or obtaining information about training, etc.).*

All clerks/Interpreter were ~~very helpful and cooperative~~. answered all questions + requests for information from observers.

B. *Provide information regarding the presence of any law enforcement officials and any of their activities you observed.* Not Observed.

C. *Provide information regarding the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.*

Not Observed

D. *If you observed the voters or others being treated rudely by poll officials or others, describe in detail what happened. Include actual words used and whether poll officials took any actions in response.*

Not Observed

Initials:

E. *Describe any election-related incidents that occurred but are not recorded elsewhere in the report. Use blank continuation sheets for additional items, as needed.*

See Chart B on turnaways with language assistance.

Initials:

Precinct, if applicable: 3

☐ None observed ☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET

| PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|
| Time* | Race or Ethnicity | Tally of Voters Who Cast a Regular Ballot | Hourly Totals | Cumulative Totals |
| Start: 8:00 A | H | \| | 1 | 1 |
| | O | 卌 卌 卌 卌 卌 卌 卌 卌 卌 卌 卌 \|\| | 57 | 57 |
| End: 8:59 A | | | | |
| | | | | |
| Start: 9:00 A | H | \|\|\| | 3 | 4 |
| | O | 卌 卌 卌 卌 卌 卌 卌 | 35 | 92 |
| End: 9:59 A | | | | |
| | | | | |
| Start: 10:00 A | H | \|\|\|\| | 4 | 8 |
| | O | 卌 卌 卌 卌 卌 卌 卌 \|\| | 37 | 129 |
| End: 10:59 A | | | | |
| | | | | |
| Start: 11:00 A | H | \|\|\|\| | 4 | 12 |
| | O | 卌 卌 卌 卌 卌 卌 \| | 31 | 160 |
| End: 11:59 A | | | | |
| | | | | |

* Indicate the starting and ending times of each interval (e.g., Start: 7:00 a.m.; End: 8:00 a.m.).

Initials: [signature]

Precinct, if applicable: 3

☐ None observed ☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET

| PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|
| Time* | Race or Ethnicity | Tally of Voters Who Cast a Regular Ballot | Hourly Totals | Cumulative Totals |
| Start: 12:00 | H | | 0 | 12 |
| End: 12:59p | O | | 31 | 191 |
| Start: 01:00p | H | | 0 | 12 |
| End: 01:59p | O | | 36 | 227 |
| Start: 02:00p | H | | 6 | 18 |
| End: 02:59p | O | | 43 | 270 |
| Start: 03:00p | H | | 5 | 23 |
| End: 03:59p | O | | 41 | 311 |

* Indicate the starting and ending times of each interval (e.g., Start: 7:00 a.m.; End: 8:00 a.m.).

Initials:

Precinct, if applicable: 3

☐ None observed ☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET

| PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|
| Time* | Race or Ethnicity | Tally of Voters Who Cast a Regular Ballot | Hourly Totals | Cumulative Totals |
| Start: 4:00p End: 4:59p | H | 𝍸 | 5 | 28 |
| | O | 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 \|\|\| | 48 | 359 |
| | | | | |
| | | | | |
| Start: 5:00p End: 5:59p | H | 𝍸 \|\| | 7 | 35 |
| | O | 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 \| | 56 | 415 |
| | | | | |
| | | | | |
| Start: 6:00p End: 6:59p | H | 𝍸 \|\|\| | 8 | 43 |
| | O | 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 𝍸 | 55 | 470 |
| | | | | |
| | | | | |
| Start: 7:00p End: 7:59pm | H | \|\| | 2 | 45 |
| | O | 𝍸 𝍸 𝍸 | 15 | 485 |
| | | | | |
| | | | | |

* Indicate the starting and ending times of each interval (e.g., Start: 7:00 a.m.; End: 8:00 a.m.).

Initials: [illegible]

Precinct, if applicable: 3

☐ None observed ☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

| Time | Language/ Dialect | Tally - Official 1 Name: Rosa | Tally - Official 2 Name: | Tally - Official 3 Name: | Tally for Family/Friends | Hourly Total | Cuml. Total |
|---|---|---|---|---|---|---|---|
| Start: 8:00A End: 8:59A | Spanish | 1 | | | | 1 | 1 |
| Start: 9:00A End: 9:59A | Spanish | 1 | | | | 1 | 2 |
| Start: 10:00A End: 10:59A | Spanish | 0 | | | | 0 | 2 |
| Start: 11:00A End: 11:59A | Spanish | 1 | | | | 1 | 3 |
| Start: 12:00P End: 12:59P | Spanish | 0 | | | | 0 | 3 |
| Start: 01:00P End: 01:59P | Spanish | 0 | | | | 0 | 3 |

Initials: [illegible]

Precinct, if applicable: 3

☐ None observed ☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

| Time | Language/ Dialect | Tally - Official 1 Name: Fred | Tally - Official 2 Name: | Tally - Official 3 Name: | Tally for Family/Friends | Hourly Total | Cuml. Total |
|---|---|---|---|---|---|---|---|
| Start: 2:00p End: 2:59p | spanish | 0 | | | | 0 | 3 |
| Start: 3:00p End: 3:59p | spanish | 0 | | | | 0 | 3 |
| Start: 4:00p End: 4:59p | spanish | 0 | | | | 0 | 3 |
| Start: 5:00p End: 5:59p | Spanish | 0 | | | 1 | 1 | 4 |
| Start: 6:00p End: 6:59p | Spanish | 0 | | | | 0 | 4 |
| Start: 7:00 End: 7:59p | Spanish | 0 | | | | 0 | 4 |

Initials: 7/7 68

Precinct, if applicable: ______

☐ None observed ☐ Not applicable to this coverage

## CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

| Time | Voters' Race/ Ethnicity | Tally of Assistance Given by Poll Officials | Name(s) of Poll Officials Who Assisted | Tally of Assistance Given by Family/Friends | Hourly Total | Cuml. Total |
|---|---|---|---|---|---|---|
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |

Initials:

Precinct, if applicable: ______

☐ None observed ☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

| | | | |
|---|---|---|---|
| Voter's Name [redacted] | Race W | Voter's Phone [redacted] | Time of Interaction 8:15 |
| Voter's Address [redacted] Schuyler, NE | | | |
| Name/Title of Official Not Permitting Vote Bonita Horejsi | Race W | Language(s) Spoken During the Interaction English | |
| Official's Reason for Not Permitting Vote Not at correct precinct. Going to vote at correct precinct | | Actions/Suggestions Made by Official Clerk called Count Clerk. County clerk spoke to voter offered provisional ballot or go to correct precinct. | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No | | | |
| Any Other Statements Made by Voter (e.g., when and where registered) Redistricting caused confusion. stated by voter. | | | |
| Information obtained by ☐ observation or ☒ questioning voter | | | |

| | | | |
|---|---|---|---|
| Voter's Name [redacted] | Race H | Voter's Phone [redacted] | Time of Interaction 8:15 |
| Voter's Address [redacted] Schuyler, NE | | | |
| Name/Title of Official Not Permitting Vote Bonita Horejsi | Race W | Language(s) Spoken During the Interaction English | |
| Official's Reason for Not Permitting Vote Not at correct precinct. Verified by County Clerk Voter spoke to County Clerk | | Actions/Suggestions Made by Official Voter went to vote at correct precinct. Refused provisional ballot. | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No | | | |
| Any Other Statements Made by Voter (e.g., when and where registered) | | | |
| Information obtained by ☐ observation or ☒ questioning voter | | | |

Initials: [illegible]

Precinct, if applicable: ______

☐ None observed ☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | W | [redacted] | 10:30 |
| Voter's Address [redacted] Schuyler, NE | | | |
| Name/Title of Official Not Permitting Vote: Bonita Horejsi | Race: W | Language(s) Spoken During the Interaction: English | |
| Official's Reason for Not Permitting Vote: Not at Correct Precinct. Not on Registered voter list for precinct 3. | | Actions/Suggestions Made by Official: Voter elected to go to correct precinct. Refused Provisional ballot. Voter spoke to County Clerk. | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No | | | |
| Any Other Statements Made by Voter (e.g., when and where registered): Voter indicated that map in newspaper created confusion as to voting districts/precincts. | | | |
| Information obtained by ☐ observation or ☒ questioning voter | | | |

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | W | [redacted] | 10:30 |
| Voter's Address [redacted] Schuyler, NE | | | |
| Name/Title of Official Not Permitting Vote: Bonita Horejsi | Race: W | Language(s) Spoken During the Interaction: English | |
| Official's Reason for Not Permitting Vote: Not at correct Precinct | | Actions/Suggestions Made by Official: Voter elected to go to correct precinct. | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No | | | |
| Any Other Statements Made by Voter (e.g., when and where registered): | | | |
| Information obtained by ☐ observation or ☒ questioning voter | | | |

Initials: [signature]

Precinct, if applicable: ______

☐ None observed ☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| Refused [redacted] | H | Refused | 4:45 |

Voter's Address: Refused

| Name/Title of Official Not Permitting Vote | Race | Language(s) Spoken During the Interaction |
|---|---|---|
| Bonita Horejsi | W | English / Spanish |

| Official's Reason for Not Permitting Vote | Actions/Suggestions Made by Official |
|---|---|
| Registered at another precinct | Directed to correct precinct at St. Augustine ~~Dist.~~ Precinct #2 |

Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No

Any Other Statements Made by Voter (e.g., when and where registered): No time to give information must be getting back to work.

Information obtained by ☐ observation or ☒ questioning voter

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | [redacted] | 4:51 |

Voter's Address: [redacted] Schuyler

| Name/Title of Official Not Permitting Vote | Race | Language(s) Spoken During the Interaction |
|---|---|---|
| Bonita Horejsi | W | English / Spanish |

| Official's Reason for Not Permitting Vote | Actions/Suggestions Made by Official |
|---|---|
| Not registered to vote thought she had registered when she received her drivers license. | Voter given voter registration form. |

Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No

Any Other Statements Made by Voter (e.g., when and where registered): Voter thought she had registered to vote when she received her drivers license.

Information obtained by ☐ observation or ☒ questioning voter

Initials: [illegible]

Precinct, if applicable: ______

☐ None observed ☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | [redacted] | 5:02 |
| Voter's Address: [redacted] Schuyler, NE | | | |
| Name/Title of Official Not Permitting Vote: Bonita Horejsi | Race: W | Language(s) Spoken During the Interaction: English + Spanish | |
| Official's Reason for Not Permitting Vote: Voter not on Precinct 3 voter list. | | Actions/Suggestions Made by Official: Voter given a voter registration with instructions for registering to vote. | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No | | | |
| Any Other Statements Made by Voter (e.g., when and where registered): Voter thought she was registered when she received her drivers license. | | | |
| Information obtained by ☐ observation or ☒ questioning voter | | | |

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | W | Refused | 4:20 |
| Voter's Address: [redacted] [redacted] NE | | | |
| Name/Title of Official Not Permitting Vote: Bonita Horejsi | Race: W | Language(s) Spoken During the Interaction: English | |
| Official's Reason for Not Permitting Vote: Voter not listed on precinct 3 Voter list. | | Actions/Suggestions Made by Official: Clerk called County Clerk, voter spoke to County Clerk and was offered a provisional ballot. Voter decided to go to correct precinct. | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No | | | |
| Any Other Statements Made by Voter (e.g., when and where registered): | | | |
| Information obtained by ☐ observation or ☒ questioning voter | | | |

Initials [signature]

Precinct, if applicable: ______

☐ None observed ☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

| | | | |
|---|---|---|---|
| Voter's Name: [redacted] | Race: H | Voter's Phone: [redacted] | Time of Interaction: 6:30 |
| Voter's Address: [redacted], Schuyler | | | |
| Name/Title of Official Not Permitting Vote: Bonita Horejsi | Race: W | Language(s) Spoken During the Interaction: Spanish | |
| Official's Reason for Not Permitting Vote: Not registered at this precinct and not on voter list | | Actions/Suggestions Made by Official: Voter offered provisional ballot. Voter decided to vote at St. Augustine Parish | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No | | | |
| Any Other Statements Made by Voter (e.g., when and where registered): Going to vote at St. Augustine Church. | | | |
| Information obtained by ☐ observation or ☐ questioning voter | | | |

| | | | |
|---|---|---|---|
| Voter's Name | Race | Voter's Phone | Time of Interaction |
| Voter's Address | | | |
| Name/Title of Official Not Permitting Vote | Race | Language(s) Spoken During the Interaction | |
| Official's Reason for Not Permitting Vote | | Actions/Suggestions Made by Official | |
| Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☐ No | | | |
| Any Other Statements Made by Voter (e.g., when and where registered) | | | |
| Information obtained by ☐ observation or ☐ questioning voter | | | |

Initials: [illegible]

Precinct, if applicable: ______

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 0905 End Time: 9:28

Address: [redacted] Schuyler Phone [redacted]

Interpreter or Poll Official: Rosa Valerio Observer: Fred Flores

Assistance Occurred:
- ☒ Outside the booth (or before voter begins voting)
- ☐ Inside the booth (or while voter is voting)
- ☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): language

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.* Voter requested assistance with understanding information on his "Cheat Sheet"

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

   ☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

   ☐ Yes ☒ No ☒ FF Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

Initials: FF (38

Precinct, if applicable: ______

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 0915 End Time: 9:30

Address: [redacted] Phone: [redacted]

Interpreter or Poll Official: Rosa Valerio Observer: Fred Flores

Assistance Occurred:
- ☐ Outside the booth (or before voter begins voting)
- ☒ Inside the booth (or while voter is voting)
- ☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Language & Literacy

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.* Interpreter read ballot to voter in Spanish including reading ammendments in Spanish.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

   ☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office, each proposition, instructions on the number of candidates the voter can select)?

   ☒ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

Initials: FF BB

Precinct, if applicable: ______

☐ None observed ☐ Not applicable to this coverage

## [redacted] VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 11:25 End Time: 11:40

Address: [redacted] Schuyler Phone: [redacted]

Interpreter or Poll Official: Rosa Valecio Observer: Fred Flores

Assistance Occurred: ☒ Outside the booth (or before voter begins voting)
☐ Inside the booth (or while voter is voting)
☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): language

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.* Voter asked for guidance on general procedure for voting, Interpreter explained the general procedure and explained that the ballot is also printed in Spanish. Voter asked if he was required to vote for one party. Interpreter explained that in a General Election the voter could vote for any party.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

   ☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office, each proposition, instructions on the number of candidates the voter can select)?

   ☐ Yes ☐ No ☒ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

Initials: JH JB

Precinct, if applicable: 3

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 5:50 End Time: 6:10

Address: Refused Phone: Refused

Interpreter or Poll Official: Rosa Valerio Observer: Fred Flores

Assistance Occurred:
☒ Outside the booth (or before voter begins voting)
☐ Inside the booth (or while voter is voting)
☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): language

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.* Interpreter assisted Voter in providing information to clerk spelling of voters name. The voters name was abeviated on the voter list creating confusion

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

   ☐ Yes ☐ No ☒ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

   ☐ Yes ☐ No ☒ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

Initials:

Precinct, if applicable: ______

☒ None observed ☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

Interpreter/Poll Official: Rosa Valerio Observer: Fred Flores

| Office | Translation by the Interpreter/Poll Official<br>*(Include words spoken in English in brackets [ ].)* |
|---|---|
| | ~~Interpreter read ballot only did not interpret it.~~ FF |
| | Interpreter read the ballot in Spanish did not tanslate ballot. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials: FF

Precinct, if applicable: 3

☐ None observed ☐ Not applicable to this coverage

**CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)**

Interpreter/Poll Official: Rosa Valerio Observer: Fred Flores

| Proposition | Number | Translation by the Interpreter/Poll Official *(Include words spoken in English in brackets [ ].)* |
|---|---|---|
| Read ammendments only - Voter illiterate | All | Read the ammendment and translated the word [ammendment] as "a law" |
| | | |
| | | |
| | | |
| | | |
| | | |

Initials: FF

Precinct, if applicable: 3

☒ None observed ☐ Not applicable to this coverage

**CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE (VOTING PROCEDURES)**

Interpreter/Poll Official: Rosa Valerio Observer: Fred Flores

| Procedure | Translation by the Interpreter/Poll Official *(Include words spoken in English in brackets [ ].)* |
|---|---|
| | Interpreter read the ballot in Spanish did not interpret ~~it~~ the ballot. |
| | |
| | |
| | |
| | |
| | |
| | |

Initials: [handwritten initials]

Precinct, if applicable: ______

☐ None observed ☐ Not applicable to this coverage

## CHART D – VOTERS CASTING
## ☐ PROVISIONAL, ~~☐ CHALLENGED, OR ☐ AFFIDAVIT BALLOTS~~

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | W | Refused | 1:05 |

Voter's Address: [redacted] Schuyler, NE

| Name of Official Challenging/Providing Ballot | Race | Language(s) Spoken During the Interaction |
|---|---|---|
| Bonita Horejsi | W | English |

Reason Provided by Official: Voter not on list because address incorrectly enter for another precinct. Informed by County Clerk that because of error he would have to vote on a provisional ballot.

Voter's Response: Voter said that there was a "typo" on his address he was listed on W. 9th Street instead of W. 16th so given a provisional because of mistake.

Information obtained by ☐ observation or ☐ questioning voter

1. Did the official check with off-site election officials? ☒ Yes ☐ No
2. Did the official tell the **voter** to check with off-site election officials? ☒ Yes ☐ No
3. Did the officials tell the voter that s/he was registered elsewhere? ☒ Yes ☐ No If "yes," where? Registered on W. 9th Street another precinct.
4. Did the official provide voter with a handout on how s/he could determine if the provisional ballot was counted? ☒ Yes ☐ No
5. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☒ No

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | [redacted] | 6:55 |

Voter's Address: [redacted] Schuyler, NE

| Name of Official Challenging/Providing Ballot | Race | Language(s) Spoken During the Interaction |
|---|---|---|
| Bonita Horejsi | W | English / Spanish |

Reason Provided by Official: Voter not on voter registration list. Offered provisional because the County Clerk verified residency in precinct 3.

Voter's Response: Voter believes County Records were incorrect because she voted at this precinct 4 years ago.

Information obtained by ☐ observation or ☐ questioning voter

1. Did the official check with off-site election officials? ☒ Yes ☐ No
2. Did the official tell the **voter** to check with off-site election officials? ☒ Yes ☐ No
3. Did the officials tell the voter that s/he was registered elsewhere? ☐ Yes ☒ No If "yes," where?
4. Did the official provide voter with a handout on how s/he could determine if the provisional ballot was counted? ☒ Yes ☐ No
5. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☒ No

Initials: AH / BB

Precinct, if applicable: ______

☐ Not applicable to this coverage

## CHART E – PROCEDURES AFTER THE POLLS CLOSE

1. What time did the polls close? 8:00 PM
2. How many persons were in line to vote when the polls closed? Ø
3. Were all persons who were in line when the polls closed permitted to vote? ☐ Yes ☐ No

   If "no," who would not permit them to vote, and what reason(s), if any, was given?

---

4. a. Was an observer present for any procedures related to the counting of the ballots at the polls?

      ☒ Yes ☐ No *(If "no," skip all questions in the remainder of Chart E.)*

   b. Did an observer accompany the ballot box or voting machines to the jurisdiction's elections office after the polls closed? ☐ Yes ☐ No *(If "yes," explain procedures.)*

---

5. DRE or Lever Voting Machines

   ☐ Not applicable to this coverage

   a. Were the machines locked and sealed against further voting?

      ☐ Yes ☐ No If "yes," by whom? ______

   b. Who read the count from the machine? ______

   c. Was the count verified by another official? ☐ Yes ☐ No If "yes," by whom? ______

   d. Was it read correctly? ☐ Yes ☐ No

   e. Who recorded the vote on the official return sheets? ______

   f. Was the vote recorded accurately? ☐ Yes ☐ No

Initials: [handwritten initials]

g. *List the machines' serial numbers and record the public counter of each machine at the end of voting.*

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

h. Were the results announced by the poll officials? ☐ Yes ☐ No

i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?

☐ Yes ☐ No

j. Were the absentee votes counted and tabulated with the votes shown on the machines?

☐ Yes ☐ No

k. Was the statement of results signed and certified by the poll officials? ☐ Yes ☐ No

l. As soon as the count was completed and the results announced, was the counter compartment locked?

☐ Yes ☐ No If "yes," by whom? ____________________

m. What was done with the election supplies such as poll lists, challenged ballots, etc.?

---

6. Optical Scan Ballots

☐ Not applicable to this coverage

a. Was a report of the number of persons voting prepared?

☐ Yes ☐ No If "yes," by whom? ____________________

b. What was done with the election supplies such as ballot stubs, etc.? *(Describe supplies.)*

c. Was the ballot box sealed? ☐ Yes ☐ No If "yes," by whom? ____________________

d. If appropriate, who took the ballot box to the counting center? ____________________

e. Did an observer accompany the ballot box? ☐ Yes ☐ No

Initials:

7. Paper Ballots (**Not** Optical Scan Ballots)

☐ Not applicable to this coverage

a. *Describe the procedures used by poll officials to count paper ballots by hand. Identify the names of poll officials who engaged in the count and their responsibilities. Identify whether ballots were kept separate from other materials on the table. Describe where the ballots were placed after they were counted.*

b. *Complete the table below:*

| | Total |
|---|---|
| 1. Ballots accepted | |
| 2. Ballots partially rejected | |
| 3. Ballots totally rejected | |
| 4. Spoiled ballots | |
| 5. Unused ballots | |
| Total | |

c. *In the chart below, give reasons for total rejection of individual ballots.*

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |

Initials:

d. *In the chart below, give reasons for partial rejection of individual ballots.*

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

e. Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?

☐ Yes ☐ No *(If "no," explain.)*

f. What time did the ballot box leave the polling place? __________

Who took it? ____________________

Was it locked? ☐ Yes ☐ No Was it sealed? ☐ Yes ☐ No

---

8. Absentee Ballots ☐ Not applicable to this coverage

a. Were the absentee ballots counted at the polls? ☐ Yes ☐ No ☐ Not Observed

If "no," where did poll officials say the absentee ballots would be counted?

b. Were absentee ballots opened and stacked? ☐ Yes ☐ No If "yes," by whom? ________

c. Who read the absentee ballots? ____________________

d. Did anyone hand the ballots to the reader? ☐ Yes ☐ No If "yes," who? ________

e. Was each ballot read as marked? ☐ Yes ☐ No

Initials:

If "no," how many were not properly read? ________ *(Explain how they were misread.)*

f. What was done with the ballots after they were read?

g. How many absentee ballots were totally rejected? ________ *(Give reasons in chart below.)*

| Name of Voter | Reason for Rejection | Other Notes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

h. How many absentee ballots were partially rejected? ________ *(Give reasons in chart below.)*

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

i. *Give the totals for unchallenged and challenged absentee ballots.*

| Absentee Ballots | Total |
|---|---|
| Unchallenged | |
| Challenged | |

Initials:

9. Provisional, Challenged, or Affidavit Ballots

☐ Not applicable to this coverage

a. Were the provisional/challenged/affidavit ballots counted at the polls? ☐ Yes ☐ No

*(If "yes," describe the procedures used by poll officials, and identify their names and responsibilities.)*

b. How many provisional/challenged/affidavit ballots were totally rejected? ________
*(Give reasons in table.)*

| Name of Voter | Reason for Rejection | Other Notes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

c. How many provisional/challenged/affidavit ballots were partially rejected? ________
*(Provide complete information in table.)*

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |

Initials: [handwritten initials]

10. Election Results

☐ Not applicable to this coverage

a. *Provide election results in the following table. Mark N/A if a certain type of ballot is not counted separately at the polls.*

| Candidates | Official Regular Ballot Count | Official Challenged Ballot Count | Official Absentee Ballot Count |
|---|---|---|---|
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |

b. *Describe any problems with the count or controversies that occurred during the count. Identify above (with an asterisk) and describe any contests in which the official count differed from your tallies or observation.*

Initials:

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

Merit System Audit
and Compliance

VR-2012

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of 11-6-12
(Date)
Nebraska
(State)
Colfax
(County)
Schuyler
(Municipality)
St. Augustine Church
(Name of Polling Place)
#2
(Precinct/Election District)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as U.S. Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, which we certify to be an accurate report of our observations.

The Time Observers:

Arrived at Polls 7:19 am

Departed Polls 8:07 pm

*Instructions to Observers: Complete this report in **black ink only**. Each team member must sign the coversheet and initial all subsequent pages of the report, including charts, in the lower-left corner.*

Respectfully yours,

Observers:

Name ____________________
(Print)
____________________
(Sign)

Name ____________________
(Print)
____________________
(Sign)

Name ____________________
(Print)
____________________
(Sign)

em
VB

## 1. VOTING STATISTICS

Precinct, if applicable: 2

| A. Number of Persons Attempting to Vote at the Polls | Total | ~~Native American~~ | Hispanic | ~~Asian~~ | ~~Black~~ | ~~White~~ | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting regular/ unchallenged ballot (including unchallenged curbside and emergency ballots) *(See Chart A, p. 22)* | 551 | | 27 | | | | |
| 2. Persons not permitted to vote or turned away for **any** reason, including being sent elsewhere *(See Charts B, p. 25)* | 0 | | 3 | | | | 1 |
| 3. Persons voting provisional, challenged, or affidavit ballot *(See Charts D, p. 30)* | 0 | | 6 | | | | |
| Total of 1, 2, and 3 | 551 | | 36 | | | | 1 |

| B. Number of Persons Receiving **Any** Minority Language Assistance *(Cumulative Totals from Chart A1, p. 23. Specify language or dialect; e.g., Navajo, Spanish, Cantonese, Mandarin.)* | Language | Spanish | | | |
|---|---|---|---|---|---|
| | Total | 13 * | | | |

☐ Section 1B is not applicable to this coverage.

| C. Number of Persons Receiving Any Assistance **Other** than Language Assistance *(Cumulative Totals from Chart A2, p. 24)* | Total | ~~Native American~~ | Hispanic | ~~Asian~~ | ~~Black~~ | ~~White~~ | Other |
|---|---|---|---|---|---|---|---|
| | 2 | | 1 | | | | 1 |

☐ Section 1C is not applicable to this coverage.

D. Notes on Totals. *Regarding the totals in the above sections (1A, 1B, and 1C), explain any circumstances (e.g., high turnout) at the polling site that may have prevented you from providing a complete count.*

* Total number of Chart C1s equals 14. One voter received both language and disability assistance.

Initials:

lm
VB

E. If **direct recording electronic (DRE) machines or scanners** were used:

1. Which type of equipment was used? ☐ DRE ☐ Scanner ☐ Other ______________

2. *Complete the table below.*

| Machine # | Counter Number at Poll Opening | Counter Number When Observers Departed | Seal Number (if used) at Poll Opening | Seal Number (if used) at Poll Closing |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*If seals were used, please note any discrepancies or problems (e.g., required seals broken or missing before poll officials arrived at the polling place), and the actions, if any, of poll officials in response.*

☐ Section 1E is not applicable to this coverage.

F. Other Counts

1. *Complete the table below. Mark "N/A" for questions that are not applicable.*

| | Number of Ballots Issued to Voters |
|---|---|
| a. If optical scan ballots were used *and* there was no scanner, how many optical scan ballots were issued? | |
| b. How many paper (*not* optical scan) ballots were issued? | |
| c. How many curbside ballots were issued? | |
| d. How many emergency ballots were issued (when DRE machines were not working)? | |

☐ Section 1F is not applicable to this coverage.

Initials:
em
VB

☐ Not applicable to this coverage

## 2. DESCRIPTION OF POLLING PLACE

A. *Draw a diagram of the polling place showing the location of the following:*

1. Voting machines or booths
2. Tables for poll officials
3. Any officially designated interpreters or bilingual poll officials
4. Voting instruction signs or cards
5. Sample ballots (if any)
6. Telephone (if any)
7. Federal observers
8. Poll watchers (if any)




Initials:

☐ Not applicable to this coverage

B. Signage

*Describe information found on election-related signs observed in and around the polling place.*

Precinct, if applicable: 2

| Sign Observed *Include title, description, color, etc.* | Where was the sign posted? | Was it easily visible to voters? | In what language(s) was the sign printed? |
|---|---|---|---|
| Nebraska Revised State statute 32-1524 | Entrance Door | ☒ Yes ☐ No | English Spanish |
| Vote Here | Entrance Door | ☒ Yes ☐ No | English Spanish |
| Accessible Entrance | Entrance Door | ☒ Yes ☐ No | English Spanish |
| Spanish Assistance Available at Colfax County Clerks Office 411 E. 11th st. | Entrance Door | ☒ Yes ☐ No | English Spanish |
| Polling Place Information (Date Time Location, Precinct) | Entrance Door | ☒ Yes ☐ No | English Spanish |
| Precinct Map | Inside Entrance Door on wall | ☒ Yes ☐ No | English Spanish |
| Voting with AutoMark instructions | Far right Front corner Table | ☒ Yes ☐ No | English Spanish |
| * Voting Instructions Notice to Voters Registered by mail | Right wall on table * + at booths * | ☒ Yes ☐ No | English Spanish |
| "Problems Voting at Polls?" | Right wall on table | ☒ Yes ☐ No | English Spanish |
| Voters Bill of Rights | Right wall on table | ☒ Yes ☐ No | English Spanish |

Initials:
em
VB

C. Phones

1. What type of telephone equipment was available for use by the poll officials in the polling place?

   ☒ Land line ☐ Jurisdiction-provided cell phone ☐ Personal cell phone ☐ None

2. Did the poll officials use the phone to contact jurisdiction officials? ☒ Yes ☐ No
   *(If "yes," describe circumstances.)*

---

## 3. ELECTION OFFICIALS

A. *List each poll official on duty, **including interpreters**. (Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English and have no other pre-assigned responsibilities.)*

| Poll Official *(List precinct, if applicable.)* | Race or Ethnicity | Title/Function/Duties | Language(s)/Dialect(s) Spoken (including English) |
|---|---|---|---|
| Julie Gall | W | Messanger Clerk | E |
| Crystal Melgar | H | Clerk | S & E |
| Barbara Raya | H | " | S & E |
| Mildred McNally | W | Judge | E |
| Lucille Poole | W | " | E |
| Alice Imholte | W | " | E |
| Michelle Dobbe | W | Clerk | E |
| Marisela Lopez | H | Clerk | S & E |
| | | | |
| | | | |

W- White
S- Spanish

Initials:
em
VB

☐ Not applicable to this coverage

B. Language Skills of Poll Officials

1. Did any poll officials claim to speak a language other than English? ☒ Yes ☐ No

*If "yes," describe their level of fluency (e.g., completely fluent, moderately proficient, basic skills, no ability).* Two poll officials were completely fluent in Spanish. ~~Another~~ Third poll official fluent in Spanish, Marisela Lopez, arrived at 4:00 pm.

2. Were any of the poll officials unable to speak English? ☐ Yes ☒ No

If "yes," who? ________

3. Did any poll officials have as their **only** duty to provide language assistance to voters?

☐ Yes ☒ No If "yes," who? ________

C. *Note the times each poll official was absent from the polls:* Precinct, if applicable: 2

| Poll Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| Barbara Raya | 4:00 | / | | | | | | |
| Marisola Lopez | | 4:00 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

D. *Identify any poll official(s) who acted as the leader.* VB ~~Alice~~ Julie Gall

E. Were there any disagreements among the poll officials?

☐ Yes ☒ No *(If "yes," describe the disagreement(s). Also identify any poll official(s) who were excluded from or did not participate in efforts to resolve these controversies.)*

Initials:
em
VB

☐ Not applicable to this coverage

F. Training of All Poll Officials

1. *List each poll official on duty, including interpreters.*

| Poll Official | Received Election Training? *(Yes or No)* | When | Where | Length of Training *(Hours)* | Who Conducted Training |
|---|---|---|---|---|---|
| Barbara Raya | Yes | 11/1 | County Court house | 2 hrs | county Clerk Rita Mundil |
| Crystal Melgar | Yes | 10/30 | " | 1½ hr | CO Elizabeth Chave |
| Julie Gall | " | " | " | " | " |
| Mildred McNally | " | " | " | " | " |
| Lucille Poole | " | " | " | " | " |
| Alice Imholt | " | " | " | " | " |
| Michelle Dobbe | " | " | " | " | " |
| | | | | | |
| | | | | | |
| | | | | | |

2. *Describe the training generally, and identify poll officials who provided this information to you.*

Julie Gall the Messenger Clerk said that the County Clerk at the county Court House provided the Training Service. The County Clerk had a list of all procedures that might come up and how to handle them. Provisional Ballots, Voters not on the roll, Where to send them, ~~every procedure that might come up.~~ em em em

Initials:
em
VB

☐ Not applicable to this coverage

G. Training of Bilingual Poll Officials or Interpreters

1. Did any of the bilingual poll officials or interpreters listed above receive training from the jurisdiction on **how to translate the contents of the ballot** or **how to provide procedural instructions in the minority language**?

☒ Yes ☐ No *(If "yes," identify the poll officials who attended and describe the training. Also, identify the poll officials that you interviewed for this question.)*

Both assistance providers were trained on how to translate contents of ballot. They were given a list of words common to the voting process and instructed on the limits of their assistance. They were also given a glossary of words to have on hand in case they were unsure how to translate them.

2. Was the training conducted separately from the general training described in Question F.2?

VB ☒ Yes ☒ No *(If "yes," describe when and where the training occurred and who conducted it.)*

3. Were voting procedures and ballot content discussed in the minority language during the training? ☒ Yes ☐ No

4. Did the jurisdiction use any audio-visual aids (e.g., audio tape, video tape, flip chart) during the training on minority language procedures?

☐ Yes ☒ No *(If "yes," describe.)*

5. a. Before election day, did the jurisdiction provide a copy of any audio-visual aids to any of the bilingual poll officials or interpreters?

☐ Yes ☒ No If "yes," who? ____________________

b. If "yes," did any of the bilingual poll officials or interpreters use the audio-visual aids after the training session?

☐ Yes ☒ No *(If "yes," give their names and explain how they used the audio-visual aids.)*

Initials: em VB

## 4. VOTING PROCEDURES

**A. Prior to Opening the Polls** Precinct, if applicable: 2

1. What time did the poll officials arrive at the polling place? 7:00 AM

   Information obtained by ☐ observation or ☒ questioning poll officials.

2. Were the poll officials given an oath of office?

   ☒ Yes ☐ No If "yes," by whom? Julie Gall Messanger Clerk

   Information obtained by ☐ observation or ☒ questioning poll officials.

3. What items (such as envelopes, forms, notices, cards, sample ballots, provisional/challenged/affidavit ballots, etc.) were provided to the polling site? (***Do not include signs identified on p. 5.*** *Identify any items printed in a language other than English and specify the language. Indicate if a document was only partially translated.)*

   1. Ballots
   2. Ballot Holders
   3. Talley Sheet
   4. Provisional Ballots
   5. Envelopes for Provisional Ballots
   6. Signs for Doors
   7. Sample Ballots

4. Did the polling place open on time? ☒ Yes ☐ No *(If "no," explain reason for delay.)*

   What time did the polls open? 8:00 AM

5. Was all voting equipment operational when the polls opened?

   ☒ Yes ☐ No ☐ Not Observed *(If "no," explain what poll officials did to resolve problems.)*

Initials:
em
VB

6. Were there long lines at this site when the polls opened? ☒ Yes ☐ No em *(If "yes," explain.)*

There were 10 people in line at 8:00pm.

7. Were the names of voters who cast absentee or early ballots marked on the poll list?

☒ Yes ☐ No

8. Were the absentee ballots delivered to the polls by the jurisdiction?

☐ Yes ☒ No If "yes," by whom? ____________________

---

**B. Poll Watchers** Precinct, if applicable: 2

1. Were any poll watchers present?

☐ Yes *(If "yes," complete Questions 2 through 4.)* ☒ No *(If "no," skip to Section C.)*

2. *Obtain the following information about the poll watchers:*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing | Approximate Time at Polls |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

3. Did the poll officials require the poll watchers to present any type of authorization?

☐ Yes ☐ No If so, what? ____________________

4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?

☐ Yes ☐ No *(Describe any limitations imposed on poll watchers throughout the day.)*

Initials:
em
VB

## C. While the Polls Were Open

Precinct, if applicable: 2

1. **What voting system(s) were available for voters to cast regular ballots?** *(Check all that apply.)*

   ☐ Direct Recording Electronic (DRE) Machines *(Complete Question 2.)*

   ☒ Optical Scan Ballots *(Complete Question 3.)*

   ☒ Other Voting Methods *(Complete Question 4.)* AutoMark

2. **DRE Machines**

   a. Was the counter set to zero before voting began? ☐ Yes ☐ No ☐ Not Observed

   b. Did the poll official give voters any forms indicating that they were permitted to vote?

   ☐ Yes ☐ No If "yes," from whom? ______________

   c. Were voters given an activator card (a device to insert into the machine to begin voting)?

   ☐ Yes ☐ No If "yes," who programmed the activator card? ______________

   d. If the DRE machines were not working, did the poll officials offer voters an alternative way to cast their ballots?

   ☐ Yes ☐ No *(If "yes," describe the alternative method.)*

   e. Were headsets connected to at least one machine to allow voters to listen to an audio version of the ballot?

   ☐ Yes ☐ No If "yes," in what language(s)? ______________

   f. Was any time limitation imposed on voters? ☐ Yes ☐ No If "yes," how long? ____

   g. If voters attempted to use marked sample ballots, were **all** voters allowed to do so?

   ☐ Yes ☐ No ☐ Not Applicable *(If "no," explain, including who prevented their usage.)*

Initials: em VB

3. **Optical Scan Ballots**

a. From whom did voters receive their ballots? N/A

b. Where did voters go to mark their ballots? ~~N/A~~ Voting booth or table

c. Was any time limitation imposed on voters? ☐ Yes ☒ No If "yes," how long? ~~N/A~~

d. If voters attempted to use marked sample ballots, were **all** voters allowed to do so?

☐ Yes ☐ No ☒ Not Applicable *(If "no," explain, including who prevented their usage.)*

e. Where were cast ballots deposited?

☒ Ballot Box ☐ Scanner ☐ Elsewhere *(Explain.)*

f. Who deposited the ballots? ☐ Voter ☒ Poll Official

g. If a scanner was used: NA

Was it set to zero before voting began? ☐ Yes ☐ No N/A ☐ Not Observed

Did it reject any ballots voters inserted? ☐ Yes ☐ No N/A ☐ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☒ Yes ☐ No ☐ Not Observed

h. Was another ballot made available to any voter who spoiled his/her first ballot?

☒ Yes ☐ No *If "yes," where were spoiled ballots deposited?* Kept seperate & sent back to court house.

4. **Other Voting Methods** *(If applicable, describe any other voting equipment or types of voting systems used.)*

AutoMark was available in compliance with Help America Vote Act, to have at least one disability accessible voting machine. It has an audio function and zoom feature and is multi-lingual.

Initials: em VB

## D. Determining a Person's Eligibility to Vote

*Identify each individual not permitted to vote on Charts B, "Persons Not Permitted to Vote" (p. 25). At the end of the day, include a summary of those responses in the questions below.*

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine voters' registration status.
   Listed by name, party & address
   Ballot style, Precinct & Party, Name & address
   Place for Signature of voter

2. If voters' names were not found in the registration book(s) or list(s), what did poll officials do?
   Call county clerk

3. Did poll officials attempt to contact off-site election officials to verify or determine voters' registration status? ☒ Yes ☐ No *(If "yes," explain circumstances and who was called.)*
   VB Their name was not in the book, or if it showed that they were absentee Ballot. ~~Julie Hall~~, Cristal Melgar Barbara Raya took turns calling also Michelle Dabbe.

4. If voters were told that they were not on the registration list at the polling site, what (if anything) were they told to do (e.g., directed elsewhere, offered a provisional ballot)?
   Directed to right polling place & also offered Provisional Ballots

5. Were registration forms available for voters who were not registered? ☒ Yes ☐ No

6. *Describe any other actions, not included above, that were taken to determine voters' registration status.* N/A

Initials:
em
VB

☐ Not applicable to this coverage

## E. Minority Language Assistance from Poll Officials and Interpreters

***Language assistance*** *is any conversation in the minority language concerning the election process (e.g., finding names in the poll book, giving instructions on how to use the machine, translating the ballot, providing a provisional ballot), whether inside* ***or*** *outside the voting booth. Provide individual accounts of language assistance on Charts C1, C2, C3, and C4 (pp. 26-29). At the end of the day, answer the following general questions about language assistance.*

1. General

   a. How was it determined who received minority language assistance (e.g., did the poll officials ask voters if they needed assistance, was each minority voter automatically given such assistance, was help given only at the request of the voter, or did officials offer this help to only certain minority voters)? Poll workers who spoke Spanish identified voters needing language assistance automatically because the voters struggled to communicate in English and appeared to be Hispanic.

   b. Did poll officials fail to provide minority language assistance to any voter who requested such assistance?

      ☐ Yes, details captured on ☐ Charts C1-C4 and/or ☐ page(s) ____________.
      ☒ No

   c. Did poll officials fail to provide minority language assistance to any voters who struggled to speak in English?

      ☐ Yes, details captured on ☐ Charts C1-C4 and/or ☐ page(s) ____________.
      ☒ No

   d. Did poll officials try to prevent any voter from using an assistor-of-choice (e.g., a relative) in providing minority language assistance?

      ☐ Yes, details captured on ☐ Charts C1-C4 and/or ☐ page(s) ____________.
      ☒ No

2. Did any poll official provide instruction **in a minority language on how to cast the ballot** (e.g., how to use the machine, how to mark the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office)?

   ☐ Yes, details captured on ☐ Charts C1-C4 and/or ☐ page(s) ____________.
   ☒ No

Initials: em VB

3. Was an oral interpretation of the ballot provided in the minority language to voters?

   ☐ Yes, details captured on ☐ Charts C1-C4 and/or ☐ page(s) ____________.
   ☒ No

4. Other Conversation in Minority Language

   *If poll officials/interpreters used a minority language for general greetings or general conversation with voters concerning non-election-related topics, describe the nature of the conversations, how frequently they occurred, the languages spoken, etc.*

   Interpreters frequently greeted Spanish-speaking voters in Spanish and said thank you and good-bye in Spanish.

---

**F. Delays in Voting**

1. What was the average number of voters waiting in line to vote during the day? 1
2. What was the average length of time voters had to wait to vote? 1 minute
3. At any time during the day, did voters have to wait more than 15 minutes to vote?

   ☐ Yes ☒ No *If "yes," provide the following information:*

   a. When did the line form? ~~7:50 AM~~ How many voters were in line? ~~10~~ VB

   b. What were voters waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth)?

   c. What action, if any, did poll officials take to alleviate the delay?

   Before poll opened, at 7:50 AM, there was a line of 10 people waiting to vote.

Initials:
em
VB

**G. Provisional, Challenged, or Affidavit Ballots**

☐ Not applicable to this coverage

*Identify any voters who cast provisional, challenged, or affidavit ballots in Charts D (p. 30). At the end of the day, summarize those responses in the questions below.*

1. Were provisional, challenged, or affidavit ballots available for use?

☒ Yes ☐ No ☐ Not Observed

a. In what languages were the ballots printed?

English and Spanish

b. *Describe the ballot used to cast provisional ballots (e.g., optical scan ballot).*

Paper Ballot - optical Scan Ballots

2. *Interview poll officials in detail about their provisional ballot procedures (e.g., When are provisional ballots used? What are the procedures for provisional ballots? Do poll officials check with jurisdiction officials or other sources to determine if voters are in the correct precinct?).*

em ~~Clerks~~ Clerks call to see if Voter has already Voted & They will be told whether the person will be able to vote provisional or not. When a person is able to vote provisional they are given a regular ballot & it is then placed in an envelope and put in a seperate box

3. Did the poll officials follow the procedures explained in Question 2?

☒ Yes ☐ No ☐ Not Observed *(If "no," explain how stated procedures differed from actual practice.)*

4. Were voters given envelopes or forms (other than the ballot itself) to fill out before they cast their provisional ballots?

☒ Yes ☐ No ☐ Not Observed

If "yes," in what languages? ~~Spanish~~ em English and Spanish

Initials: em VB

5. Did poll officials have written information (e.g., a handout or receipt) for voters casting provisional ballots (other than the envelope described in Question 4)?

   ☐ Yes ☒ No If "yes," in what languages? English & Spanish

   a. What did the handout say (e.g., information on how voters could determine if their provisional ballots were counted)?

   Voters are given a pin number so that they could call and verify their vote has been counted

   b. Did poll officials offer a handout to **every** voter casting a provisional ballot *(see Charts D)*?

   ☒ Yes ☒ No (em) ☐ Not Observed

6. How were the provisional ballots kept (e.g., separate from other ballots)?

   In seperate envelopes and seperated from regular Ballots.

7. Were the provisional ballots counted at the polls? ☐ Yes ☒ No ☐ Not Observed
   *(If "yes," complete p. 36.)*

---

☒ Not applicable to this coverage

**H. Identification (ID) Requirements**

> *To obtain some of the following information, you may have to ask questions of one or more poll officials. Obtain this information only during times when doing so would not interrupt or interfere with the voting or assistance process. Identify poll official(s) interviewed.*

1. Under what circumstances, if any, did the poll officials say that they would ask a voter for ID?

   never

2. Did the poll officials receive training on any ID requirements?

   ☐ Yes ☐ No ☒ Not Applicable *(If "yes," interview the poll officials about the training.)*

Initials:
em
VB

3. Did the list of registered voters "flag" or otherwise indicate that certain voters needed to present identification?

☐ Yes ☒ No *(If "yes," describe.)*

4. Did you observe **any** voters being asked for identification? ☐ Yes ☒ No

*If "yes," answer the questions below.*

a. Which voters were asked for identification? *(All? Some? Explain.)*

N/A

b. What form(s) of identification were the poll officials willing to accept?

N/A

c. If voters did not have identification, what did poll officials tell them to do in order to cast a ballot (e.g., complete a form first)?

N/A

Initials:

em

VB

## 5. GENERAL

A. *Describe poll officials' willingness to answer your questions. Describe any difficulties (if any) you had with poll officials in performing your duties (e.g., observing assistance to voters, obtaining information about persons not permitted to vote, or obtaining information about training, etc.).*

Poll officials ~~were all very cooperative and~~ answered all of our questions. We did not experience any difficulties performing our duties or obtaining information.

B. *Provide information regarding the presence of any law enforcement officials and any of their activities you observed.*

N/A

C. *Provide information regarding the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.*

N/A

D. *If you observed the voters or others being treated rudely by poll officials or others, describe in detail what happened. Include actual words used and whether poll officials took any actions in response.*

N/A

Initials:
em
UB

E. *Describe any election-related incidents that occurred but are not recorded elsewhere in the report. Use blank continuation sheets for additional items, as needed.*

N/A

Initials:
em
UB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET

315 15

| Time* | Race or Ethnicity | Tally of Voters Who Cast a Regular Ballot | Hourly Totals | | | | Cumulative Totals | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **PERSONS PERMITTED TO VOTE** | | | | | | | | |
| Start: 8:00 | O | | 48 | | | | 48 | | | |
| | B | | | 2 | | | | 2 | | |
| End: 9:00 | | | | | | | | | | |
| | | | | | | | | | | |
| Start: 9:05 | O | | 49 | | | | 97 | | | |
| | B | | | 1 | | | | 3 | | |
| End: 10:00 | | | | | | | | | | |
| | | | | | | | | | | |
| Start: 10:05 | O | | 42 | | | | 139 | | | |
| | B | | | 2 | | | | 5 | | |
| End: | | | | | | | | | | |
| | | | | | | | | | | |
| Start: 11:05 | O | | 37 | | | | 176 | | | |
| | B | | | 2 | | | | 7 | | |
| End: 12:05 | | | | | | | | | | |
| | | | | | | | | | | |

* Indicate the starting and ending times of each interval (e.g., Start: 7:00 a.m.; End: 8:00 a.m.).

Initials: em VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET

| PERSONS PERMITTED TO VOTE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Time* | Race or Ethnicity | Tally of Voters Who Cast a Regular Ballot | Hourly Totals | | | | Cumulative Totals | | | |
| Start: 1205 | O | | 36 | | | | 212 | | | |
| | H | | | 1 | | | | 8 | | |
| End: 1:05 | | | | | | | | | | |
| | | | | | | | | | | |
| Start: 1:00 | O | | 33 | | | | 245 | | | |
| | H | | | 1 | | | | 9 | | |
| End: 2:00 | | | | | | | | | | |
| | | | | | | | | | | |
| Start: 2:00 | O | | 40 | | | | 285 | | | |
| | H | | | 2 | | | | 11 | | |
| End: 3:00 | | | | | | | | | | |
| | | | | | | | | | | |
| Start: 3:00 | O | | 30 | | | | 315 | | | |
| | H | | | 4 | | | | 15 | | |
| End: 4:00 | | | | | | | | | | |
| | | | | | | | | | | |

* Indicate the starting and ending times of each interval (e.g., Start: 7:00 a.m.; End: 8:00 a.m.).

315 em    15 em

Initials: em VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET

| PERSONS PERMITTED TO VOTE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Time* | Race or Ethnicity | Tally of Voters Who Cast a Regular Ballot | Hourly Totals | | | | Cumulative Totals | | | |
| Start: 4:00 | O | | 40 | | | | 355 | | | |
| | B | | | 6 | | | | 21 | | |
| End: 5:00 | | | | | | | | | | |
| | | | | | | | | | | |
| Start: 5:00 | O | | 95 | | | | 450 | | | |
| | B | | | 3 | | | | 24 | | |
| End: 6:00 | | | | | | | | | | |
| | | | | | | | | | | |
| Start: 6:00 | O | | 80 | | | | 530 | | | |
| | B | | | 3 | | | | 29 | | |
| End: 7:00 | | | | | | | | | | |
| | | | | | | | | | | |
| Start: 7:00 | | | 21 | | | | 551 | | | |
| | | | | Ø | | | | 27 | | |
| End: 8:00 | | | | | | | | | | |
| | | | | | | | | | | |

* Indicate the starting and ending times of each interval (e.g., Start: 7:00 a.m.; End: 8:00 a.m.).

551 em
27

Initials: em VB



B

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

| Time | Language/ Dialect Spanish | Tally - Official 1 Name: Cristal Mergal | Tally - Official 2 Name: | Tally - Official 3 Name: | Tally for Family/Friends | Hourly Total | Cuml. Total |
|---|---|---|---|---|---|---|---|
| Start: 8:00AM | Spanish | 1 | | | | 1 | 1 |
| End: 9:00 AM | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Start: 9:00AM | Spanish | 1 | | | | 1 | 2 |
| End: 10:00 AM | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Start: 10:00AM | Spanish | 1 | | | | 1 | 3 |
| End: 11:00AM | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Start: 11:00 AM | | | | | | | |
| End: 12:00pm | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Start: 12:00pm | Spanish | 1 | | | | 1 | 4 |
| End: 1:00PM | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Start: 1:00pm | | | | | | | 4 |
| End: 2:00pm | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Initials: em VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

| Time | Language/ Dialect | Tally - Official 1 Name: Cristal Mergal | Tally - Official 2 Name: Barbara Raya | Tally - Official 3 Name: | Tally for Family/Friends | Hourly Total | Cuml. Total |
|---|---|---|---|---|---|---|---|
| Start: 2:00pm End: 3:00pm | Spanish | 11 | | | | 2 | 6 |
| Start: 3:00pm End: 4:00pm | Spanish | 1 | 1 | | | 2 | 8 |
| Start: 4:00pm End: 5:00pm | Spanish | 111 | | | | 3 | 10 |
| Start: 5:00pm End: 6:00pm | | | | | | | |
| Start: 6:00pm End: 7:00pm | Spanish | 1 | | | | 1 | 12 |
| Start: 7:00pm End: 8:00pm | Spanish | 1 | | | | 1 | 13 |

Initials: cm VB

Precinct, if applicable: ______

☐ None observed ☐ Not applicable to this coverage

## CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

| Time | Voters' Race/ Ethnicity | Tally of Assistance Given by Poll Officials | Name(s) of Poll Officials Who Assisted | Tally of Assistance Given by Family/Friends | Hourly Total | Cuml. Total |
|---|---|---|---|---|---|---|
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |
| Start: | | | | | | |
| End: | | | | | | |
| | | | | | | |
| | | | | | | |

Initials:
em
VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | — | 11:30 AM |

Voter's Address: [redacted], NE

| Name/Title of Official Not Permitting Vote | Race | Language(s) Spoken During the Interaction |
|---|---|---|
| Julie Gall, Messenger Clerk | O | English |

| Official's Reason for Not Permitting Vote | Actions/Suggestions Made by Official |
|---|---|
| Not registered to vote here. Registered in David City. | Official called county clerk and verified She was registered in David City. |

Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No

Any Other Statements Made by Voter (e.g., when and where registered): She said she registered in David City.

Information obtained by ☐ observation or ☒ questioning voter

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| — | H | — | 1:22 PM |

Voter's Address: —

| Name/Title of Official Not Permitting Vote | Race | Language(s) Spoken During the Interaction |
|---|---|---|
| Michelle Hobbe | O | English |

| Official's Reason for Not Permitting Vote | Actions/Suggestions Made by Official |
|---|---|
| Voter was not registered to vote in Colfax County. She recently moved from Platte County, where She is registered. | |

Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No

Any Other Statements Made by Voter (e.g., when and where registered): Voter said She didn't realize She had to register in Colfax County after She moved.

Information obtained by ☐ observation or ☒ questioning voter

Initials: em VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | O | — | 5:12 PM |

Voter's Address: [redacted] Schuyler, NE

| Name/Title of Official Not Permitting Vote | Race | Language(s) Spoken During the Interaction |
|---|---|---|
| Michelle Dobbe | O | English |

| Official's Reason for Not Permitting Vote | Actions/Suggestions Made by Official |
|---|---|
| Voter is ~~in~~ resistered to vote in another precinct. | Michelle Dobbe directed him to go to vote at the Fire station. |

Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No

Any Other Statements Made by Voter (e.g., when and where registered)

Information obtained by ☐ observation or ☒ questioning voter

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | — | 7:05 PM |

Voter's Address: [redacted], Schuyler, NE

| Name/Title of Official Not Permitting Vote | Race | Language(s) Spoken During the Interaction |
|---|---|---|
| Michelle Dobbe | O | English |

| Official's Reason for Not Permitting Vote | Actions/Suggestions Made by Official |
|---|---|
| Voter was not listed on the registration list. He is registered at a different precinct | Voter was instructed to vote at the Courthouse. |

Did the voter state to the official that s/he had voted at this site before? ☐ Yes ☒ No

Any Other Statements Made by Voter (e.g., when and where registered)

Voter stated he didn't realize he couldn't vote in another precinct polling place.

Information obtained by ☐ observation or ☒ questioning voter

Initials:
em
VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 8:15AM End Time: 8:45AM

Address: [redacted] Schuyler, NE Phone: [redacted]

Interpreter or Poll Official: Cristal Melgar (H) Observer: Vicki Berlanga

Assistance Occurred:
☒ Outside the booth (or before voter begins voting)
☒ Inside the booth (or while voter is voting)
☒ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Language

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.* The poll official automatically offered language assistance after noticing voter was sent absentee ballot. She explained what their records showed. They both walked to the phone and the poll official called an off-site official. Then, she gave the voter a provisional ballot, explained the instructions and follow up call to see if vote was counted in Spanish.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

   ☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

   ☐ Yes ☐ No ☒ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

Initials:
em
VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 6:20AM End Time: 1030AM

Address: [redacted] Schuyler, NE Phone: ______

Interpreter or Poll Official: ~~Mo~~ Cristal Melgar (H) Observer: Vicki Berlanga

Assistance Occurred: ☒ Outside the booth (or before voter begins voting)
☐ Inside the booth (or while voter is voting)
☒ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Language

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.* The interpreter automatically offered language assistance when he was struggling to communicate. He was explained instructions for voting ~~completing~~ provisional ~~ballot~~. VB

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

   ☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

   ☐ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

   Did not interpret ballot; only translated voting instructions.

Initials:
em
VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: O Begin Time: 9:10AM End Time: 9:15AM

Address: —— Phone: ——

Interpreter or Poll Official: Michelle Dobbe Observer: Vicki Berlanga

Assistance Occurred: ☒ Outside the booth (or before voter begins voting)
VB ☒ Inside the booth (or while voter is voting)
☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Disability

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.* Voter is visually impaired and was asked if she wanted to try voting on AutoMark machine which can zoom in the screen. She was instructed on how to use the machine.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

   ☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

   Voter did not receive assistance during actual voting.

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

   ☐ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

   N/A

Initials:
em
VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## [redacted]OTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 9:45AM End Time: 9:50AM

Address: [redacted], Schuyler, NE Phone: —

Interpreter or Poll Official: Cristal Melgar (H) Observer: Vicki Berlanga

Assistance Occurred:
☒ Outside the booth (or before voter begins voting)
☐ Inside the booth (or while voter is voting)
☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Language

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.* Voter was asked if he needed assistance by a non-Spanish speaking poll official. He said, yes, and the interpreter translated instructions to him prior to voting.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

☐ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

N/A

Initials:
em
VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 12:40PM End Time: 12:45PM

Address: [redacted] Schuyler, NE Phone: --

Interpreter or Poll Official: Cristal Melgar (H) Observer: Vicki Berlanga

Assistance Occurred: ☒ Outside the booth (or before voter begins voting)
☐ Inside the booth (or while voter is voting)
☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Language

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.*

Cristal explained the voting instructions in Spanish and directed him to a voting booth.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

Assistance was not provided or requested with actual voting.

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

☐ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

N/A

Initials: em VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

**[redacted]OTERS NEEDING ASSISTANCE**

Voter: [redacted] Race: H Begin Time: 2:20PM End Time: 2:30PM

Address: [redacted] Schuyler, NE Phone: —

Interpreter or Poll Official: Cristal Meraz (H) Observer: Vicki Berlanga

Assistance Occurred: ☒ Outside the booth (or before voter begins voting)
☐ Inside the booth (or while voter is voting)
☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Language and vision

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.*

Voter was offered to use Auto Mark. Cristal interpreted what other poll official was saying, her instructions on what he needed to do to vote on this machine. He put the headphones on and was instructed to touch the screen to choose his selections.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

During voting, the voter asked the interpreter if he needed to continue to the next screen. She said, yes.

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office, each proposition, instructions on the number of candidates the voter can select)?

☐ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

N/A

Initials: em VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: — Race: H Begin Time: 2:30pm End Time: 2:35pm

Address: — Phone: —

Interpreter or Poll Official: Cristal Mergal (H) Observer: Viki Berlanga

Assistance Occurred:
☑ Outside the booth (or before voter begins voting)
☐ Inside the booth (or while voter is voting)
☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Language.

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.*

   Voter asked interpreter "where do I go?" and Cristal directed him to a polling booth in Spanish. No other language assistance was requested or needed.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

   ☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

   ☐ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

   N/A

Initials:
em
VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 3:40 PM End Time: 3:43 PM

Address: [redacted], Schuyler, NE Phone: ——

Interpreter or Poll Official: Cristal Mergal (H) Observer: Vicki Berlanga

Assistance Occurred:
☒ Outside the booth (or before voter begins voting)
☐ Inside the booth (or while voter is voting)
☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Language

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.* Voter requested assistance with completing ballot. Cristal instructed him to complete both sides and initial bottom of ballot and ensure initials show at bottom of ballot. Then, she directed him to a booth.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

   ☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

   ☐ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

   N/A

Initials:
em
VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Vote[redacted] Race: H Begin Time: 3:25 PM End Time: 3:35 PM

Address: [redacted], Schuyler, NE Phone: —

Interpreter or Poll Official: Barbara Raya (H) Observer: Vicki Berlanga

Assistance Occurred: ☒ Outside the booth (or before voter begins voting)
☐ Inside the booth (or while voter is voting)
☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Language

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.* Voter was not on registration list. After calling the clerk's office, it was discovered she was registered under a different last name ([redacted]) * The voter was allowed to vote and was given instructions on completing the ballot in Spanish (complete both sides, initial at the bottom).

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

   ☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

   * Apparently, she was registered under her husband's last name, rather than her family surname ([redacted]), which is what she usually uses.

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

   ☐ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

   N/A

Initials: em VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## [redacted] C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 4:05PM End Time: 4:07PM

Address: [redacted], Schuyler, NE Phone: ——

Interpreter or Poll Official: Cristal Mergal (H) Observer: Vicki Berlanga

Assistance Occurred:
☒ Outside the booth (or before voter begins voting)
☐ Inside the booth (or while voter is voting)
☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Language

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.* Cristal provided assistance on voting instructions in Spanish, to complete both sides of ballot and initial at the bottom of the ballot and ensure it shows through the bottom of the sleeve.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

   ☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

   ☐ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

   N/A

Initials: cm VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## [redacted] VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 4:08PM End Time: 4:10PM

Address: ____ Phone: ____

Interpreter or Poll Official: Cristal Mergal (H) Observer: Vicki Berkinga.

Assistance Occurred:
- ☒ Outside the booth (or before voter begins voting)
- ☐ Inside the booth (or while voter is voting)
- ☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Language

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.* Cristal provided instructions on completing both sides of the ballot and initialing at bottom of form in Spanish.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

   ☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

   ☐ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

   N/A

Initials: em VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 4:55PM End Time: 5:10 PM

Address: [redacted], Schuyler, NE Phone: ——

Interpreter or Poll Official: Cristal Mergal (H) Observer: Vicki Berlanga

Assistance Occurred:
☒ Outside the booth (or before voter begins voting)
☒ Inside the booth (or while voter is voting)
☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Language

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.*

   Voter requested language assistance. Cristal instructed him to complete both sides of ballot and initial it at the bottom. When he sat at the booth, he asked her what he needed to do. Cristal explained the sections of the ballot and ~~what~~ how he needed to mark the ballot and to complete all sections.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

   ☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

   The voter voted alone, without assistance, after receiving instructions.

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

   ☐ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

   N/A

Initials: em VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 6:15pm End Time: 6:18pm

Address: [redacted], Schuyler, NE Phone: —

Interpreter or Poll Official: Cristal Melgar (H) Observer: Vicki Berlanga

Assistance Occurred: ☒ Outside the booth (or before voter begins voting)
☐ Inside the booth (or while voter is voting)
☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Language

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.* Cristal instructed voter on the parts of ballot to complete and to initial the bottom and ensure initials show at the bottom of the sleeve.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

   ☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

   ☐ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

   N/A

Initials: em VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE

Voter: [redacted] Race: H Begin Time: 7:01pm End Time: 7:01pm

Address: [redacted], Schuyler, NE Phone: —

Interpreter or Poll Official: Cristal Melgar (H) Observer: Vicki Berlanga

Assistance Occurred: ☒ Outside the booth (or before voter begins voting)
☐ Inside the booth (or while voter is voting)
☐ After voting was completed

Reason Voter Needed Assistance (e.g., language *[specify]*, disability, literacy): Language

**Description of Interaction**

1. *Describe the assistance or denial/lack of assistance (e.g., poll official asked if assistance was needed, voter failed to receive assistance, voter denied assistor-of-choice). Note if a family member or friend assisted the voter.*

Cristal instructed voter to complete all parts of the ballot and initial the bottom of the ballot. After she completed the ballot, she directed the voter to ballot collector.

2. If assistance was observed, did the poll official/interpreter mark the ballot contrary to the voter's wishes or mark the ballot without input from the voter?

☐ Yes ☒ No ☐ Not Observed *(If "yes," describe.)*

3. *For Minority Language Coverage Only:* If the poll official/interpreter translated the ballot, did the official translate **every** part of the ballot into the minority language (e.g., each candidate's office; each proposition; instructions on the number of candidates the voter can select)?

☐ Yes ☐ No ☐ Not Observed *(If "no," describe what was not translated into the minority language and any statements made by the voter.)*

N/A

Initials:
em
VB

Precinct, if applicable: 2

☒ None observed ☐ Not applicable to this coverage

**CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)**

Interpreter/Poll Official: Cristal Melgar Observer: Vicki Berlanga

| Office | Translation by the Interpreter/Poll Official *(Include words spoken in English in brackets [ ].)* |
|---|---|
| N/A | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:
cm
VB

Precinct, if applicable: 2

☒ None observed ☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

Interpreter/Poll Official: Cristal Melgar Observer: Vicki Berlanga

| Proposition | Number | Translation by the Interpreter/Poll Official *(Include words spoken in English in brackets [ ].)* |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Initials:
em
VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE (VOTING PROCEDURES)

Interpreter/Poll Official: Cristal Melgar Observer: Vicki Berlanga

| Procedure | Translation by the Interpreter/Poll Official *(Include words spoken in English in brackets [ ].)* |
|---|---|
| How to complete ballot | Complete both sides of ballot making dark marks like this to indicate your choice. Make sure initials on the bottom show through when you're done. |
| How to use Automark machine | Put the headphones on and you will be given instructions in Spanish on how to vote on this machine. Touch the screen where |
| | indicated to make your selections. |
| | |
| | |
| | |
| | |

Initials:
em
VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART D – VOTERS CASTING ☒ PROVISIONAL, ☐ CHALLENGED, OR ☐ AFFIDAVIT BALLOTS

| | | | |
|---|---|---|---|
| Voter's Name: [redacted] | Race: H | Voter's Phone: [redacted] | Time of Interaction: 8:15 AM |
| Voter's Address: [redacted] Schuyler, NE | | | |
| Name of Official Challenging/Providing Ballot: Cristal Mergal (H) | Race: H | Language(s) Spoken During the Interaction: English and Spanish | |
| Reason Provided by Official: Voter received absentee ballot at home. | | 1. Did the official check with off-site election officials? ☒ Yes ☐ No<br>2. Did the official tell the **voter** to check with off-site election officials? ☐ Yes ☒ No<br>3. Did the officials tell the voter that s/he was registered elsewhere? ☐ Yes ☒ No If "yes," where? | |
| Voter's Response: She did not request absentee ballot and did not use it. They had her vote provisional. | | 4. Did the official provide voter with a handout on how s/he could determine if the provisional ballot was counted? ☒ Yes ☐ No<br>5. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No | |
| Information obtained by ☐ observation or ☒ questioning voter | | | |

| | | | |
|---|---|---|---|
| Voter's Name: [redacted] | Race: O | Voter's Phone: — | Time of Interaction: 9:30 AM |
| Voter's Address: — | | | |
| Name of Official Challenging/Providing Ballot: Michelle Dobbe | Race: O | Language(s) Spoken During the Interaction: English | |
| Reason Provided by Official: Voter received absentee ballot at home. | | 1. Did the official check with off-site election officials? ☒ Yes ☐ No<br>2. Did the official tell the **voter** to check with off-site election officials? ☐ Yes ☒ No<br>3. Did the officials tell the voter that s/he was registered elsewhere? ☐ Yes ☒ No If "yes," where? | |
| Voter's Response: She did not request absentee ballot and did not use it. She voted provisionally. Her daughter has the same name. | | 4. Did the official provide voter with a handout on how s/he could determine if the provisional ballot was counted? ☒ Yes ☐ No<br>5. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No | |
| Information obtained by ☐ observation or ☐ questioning voter | | | |

Initials: emr VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART D – VOTERS CASTING
## ☒ PROVISIONAL, ☐ CHALLENGED, OR ☐ AFFIDAVIT BALLOTS

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | —— | 10:20 AM |
| Voter's Address: [redacted] Schuyler, NE | | | |
| Name of Official Challenging/Providing Ballot: Cristal Melgar (H) | Race: H | Language(s) Spoken During the Interaction: Spanish | |

**Reason Provided by Official:** Registration book did not have him listed as resistered. When they called the county, they said he was resistered in KS.

**Voter's Response:** He resistered in 2008 and voted here then. He previously lived in KS, but moved here after 2006.

Information obtained by ☐ observation or ☐ questioning voter

1. Did the official check with off-site election officials? ☒ Yes ☐ No
2. Did the official tell the **voter** to check with off-site election officials? ☒ Yes ☐ No
3. Did the officials tell the voter that s/he was registered elsewhere? ☒ Yes ☐ No If "yes," where? Kansas
4. Did the official provide voter with a handout on how s/he could determine if the provisional ballot was counted? ☒ Yes ☐ No
5. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | [redacted] | 4:05pm |
| Voter's Address: [redacted] Schuyler, NE | | | |
| Name of Official Challenging/Providing Ballot: Michelle Dobbe | Race: O | Language(s) Spoken During the Interaction: English | |

**Reason Provided by Official:** Voter ~~not~~ on registration list as an absentee voter. He was allowed to vote provisionally.

**Voter's Response:** Voter received an absentee ballott at home but did not use it.

Information obtained by ☒ observation or ☒ questioning voter

1. Did the official check with off-site election officials? ☒ Yes ☐ No
2. Did the official tell the **voter** to check with off-site election officials? ☐ Yes ☒ No
3. Did the officials tell the voter that s/he was registered elsewhere? ☐ Yes ☒ No If "yes," where?
4. Did the official provide voter with a handout on how s/he could determine if the provisional ballot was counted? ☒ Yes ☐ No
5. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No

Initials: em VB

Precinct, if applicable: 2

☐ None observed ☐ Not applicable to this coverage

## CHART D – VOTERS CASTING ☒ PROVISIONAL, ☐ CHALLENGED, OR ☐ AFFIDAVIT BALLOTS

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| [redacted] | H | — | 5:30pm |
| Voter's Address: [redacted], Schuyler, NE | | | |
| Name of Official Challenging/Providing Ballot: Michelle Dobbe | Race: O | Language(s) Spoken During the Interaction: English | |

**Reason Provided by Official:** Voter not registered to vote.

**Voter's Response:** Voter registered 2 months ago at the DMV.

Information obtained by ☐ observation or ☒ questioning voter

1. Did the official check with off-site election officials? ☒ Yes ☐ No
2. Did the official tell the **voter** to check with off-site election officials? ☒ Yes ☐ No
3. Did the officials tell the voter that s/he was registered elsewhere? ☐ Yes ☒ No If "yes," where?
4. Did the official provide voter with a handout on how s/he could determine if the provisional ballot was counted? ☒ Yes ☐ No
5. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No

| Voter's Name | Race | Voter's Phone | Time of Interaction |
|---|---|---|---|
| — | H | — | 6:30pm |
| Voter's Address: — | | | |
| Name of Official Challenging/Providing Ballot: Michelle Dobbe | Race: O | Language(s) Spoken During the Interaction: English | |

**Reason Provided by Official:** Voter was not on registration list.

**Voter's Response:** Voter said he did register to vote but there was something on his record that did not allow him to vote.

Information obtained by ☐ observation or ☒ questioning voter

1. Did the official check with off-site election officials? ☒ Yes ☐ No
2. Did the official tell the **voter** to check with off-site election officials? ☒ Yes ☐ No
3. Did the officials tell the voter that s/he was registered elsewhere? ☐ Yes ☒ No If "yes," where?
4. Did the official provide voter with a handout on how s/he could determine if the provisional ballot was counted? ☒ Yes ☐ No
5. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No

Initials: em VB

Precinct, if applicable: 2

☐ Not applicable to this coverage

## CHART E – PROCEDURES AFTER THE POLLS CLOSE

1. What time did the polls close? 8:00 PM
2. How many persons were in line to vote when the polls closed? 0
3. Were all persons who were in line when the polls closed permitted to vote? ☒ Yes ☒ No em

   If "no," who would not permit them to vote, and what reason(s), if any, was given?

---

4. a. Was an observer present for any procedures related to the counting of the ballots at the polls?

   ☐ Yes ☐ No *(If "no," skip all questions in the remainder of Chart E.)*

   b. Did an observer accompany the ballot box or voting machines to the jurisdiction's elections office after the polls closed? ☐ Yes ☐ No *(If "yes," explain procedures.)*

---

5. DRE or Lever Voting Machines ☐ Not applicable to this coverage

   a. Were the machines locked and sealed against further voting?

   ☐ Yes ☐ No If "yes," by whom? ____________________

   b. Who read the count from the machine? ____________________

   c. Was the count verified by another official? ☐ Yes ☐ No If "yes," by whom? ____________

   d. Was it read correctly? ☐ Yes ☐ No

   e. Who recorded the vote on the official return sheets? ____________________

   f. Was the vote recorded accurately? ☐ Yes ☐ No

Initials: em VB

g. *List the machines' serial numbers and record the public counter of each machine at the end of voting.*

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

h. Were the results announced by the poll officials? ☐ Yes ☐ No

i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?

☐ Yes ☐ No

j. Were the absentee votes counted and tabulated with the votes shown on the machines?

☐ Yes ☐ No

k. Was the statement of results signed and certified by the poll officials? ☐ Yes ☐ No

l. As soon as the count was completed and the results announced, was the counter compartment locked?

☐ Yes ☐ No If "yes," by whom? ____________________

m. What was done with the election supplies such as poll lists, challenged ballots, etc.?

---

6. Optical Scan Ballots ☐ Not applicable to this coverage

a. Was a report of the number of persons voting prepared?

☐ Yes ☐ No If "yes," by whom? ____________________

b. What was done with the election supplies such as ballot stubs, etc.? *(Describe supplies.)*

c. Was the ballot box sealed? ☐ Yes ☐ No If "yes," by whom? ____________________

d. If appropriate, who took the ballot box to the counting center? ____________________

e. Did an observer accompany the ballot box? ☐ Yes ☐ No

Initials: em
VB

7. Paper Ballots (**Not** Optical Scan Ballots)

☐ Not applicable to this coverage

a. *Describe the procedures used by poll officials to count paper ballots by hand. Identify the names of poll officials who engaged in the count and their responsibilities. Identify whether ballots were kept separate from other materials on the table. Describe where the ballots were placed after they were counted.*

b. *Complete the table below:*

| | Total |
|---|---|
| 1. Ballots accepted | |
| 2. Ballots partially rejected | |
| 3. Ballots totally rejected | |
| 4. Spoiled ballots | |
| 5. Unused ballots | |
| Total | |

c. *In the chart below, give reasons for total rejection of individual ballots.*

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |

Initials:
em
VB

d. *In the chart below, give reasons for partial rejection of individual ballots.*

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

e. Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?

☐ Yes ☐ No *(If "no," explain.)*

f. What time did the ballot box leave the polling place? ____________

Who took it? ______________________

Was it locked? ☐ Yes ☐ No Was it sealed? ☐ Yes ☐ No

---

8. Absentee Ballots ☐ Not applicable to this coverage

a. Were the absentee ballots counted at the polls? ☐ Yes ☐ No ☐ Not Observed

If "no," where did poll officials say the absentee ballots would be counted?

b. Were absentee ballots opened and stacked? ☐ Yes ☐ No If "yes," by whom? ________

c. Who read the absentee ballots? ______________________

d. Did anyone hand the ballots to the reader? ☐ Yes ☐ No If "yes," who? __________

e. Was each ballot read as marked? ☐ Yes ☐ No

Initials: em VB

If "no," how many were not properly read? ________ *(Explain how they were misread.)*

f. What was done with the ballots after they were read?

g. How many absentee ballots were totally rejected? ________ *(Give reasons in chart below.)*

| Name of Voter | Reason for Rejection | Other Notes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

h. How many absentee ballots were partially rejected? ________ *(Give reasons in chart below.)*

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

i. *Give the totals for unchallenged and challenged absentee ballots.*

| Absentee Ballots | Total |
|---|---|
| Unchallenged | |
| Challenged | |

Initials:
em
VB

9. Provisional, Challenged, or Affidavit Ballots

☐ Not applicable to this coverage

a. Were the provisional/challenged/affidavit ballots counted at the polls? ☐ Yes ☐ No

*(If "yes," describe the procedures used by poll officials, and identify their names and responsibilities.)*

b. How many provisional/challenged/affidavit ballots were totally rejected? ________
*(Give reasons in table.)*

| Name of Voter | Reason for Rejection | Other Notes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

c. How many provisional/challenged/affidavit ballots were partially rejected? ________
*(Provide complete information in table.)*

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |

Initials: em VB

10. Election Results

☐ Not applicable to this coverage

a. *Provide election results in the following table. Mark N/A if a certain type of ballot is not counted separately at the polls.*

| Candidates | Official Regular Ballot Count | Official Challenged Ballot Count | Official Absentee Ballot Count |
|---|---|---|---|
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Office: | | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |

b. *Describe any problems with the count or controversies that occurred during the count. Identify above (with an asterisk) and describe any contests in which the official count differed from your tallies or observation.*

Initials:
em
VB